### Golden Gate Capital
#### Wire Transfer or Internal Transfer Form

Date Needed: _____ 2/1/2017

*Banking information originated by the payee must be attached*

|  | **US DOLLARS TO BE WIRED** |
| --- | --- |
| USD Amount to be wired | $ 21,267.90 |
|  | **FOREIGN CURRENCY TO BE WIRED** |
| Foreign Currency to be wired | |
| Currency to be wired | |
| Conversion amount to USD | |

**Payor Information**

| | | |
| --- | --- | --- |
| Name on Account | Golden Gate Private Equity | Bank |
| Account Number | Redacted | FRB |

**Payee Information**

| | |
| --- | --- |
| Beneficiary Name | John Percival |
| Beneficiary Account Number | Redacted |
| IBAN Number | |
| Message to Beneficiary | Percival January Retainer |
| Bank Name | SunTrust Bank |
| ABA # (Domestic) | 061000104 |
| SWIFT/BIC (International) | |
| Sort Code | |

**INTRA BANK TRANSFER INFORMATION**

*Supporting Transfer from Bank must be attached*

| | | |
| --- | --- | --- |
| Amount to be Transferred | | Bank |
| Transfer FROM Bank Account | | Transfer TO Bank Account |

| Name | Account Number | Name | Account Number |
| --- | --- | --- | --- |

Reason for Transfer _____

**Journal Entry Information**

| | Transaction Type | Deal | Position | Dr/Cr | Allocation | JE Complete |
| --- | --- | --- | --- | --- | --- | --- |
| *From Account* | Professional Fees | | | | | |

*To Account*

*Notes:*

**Departmental Approval**

*Supporting documentation must be attached when submitting*

| | Date |
| --- | --- |
| Requested by: Fiona Velez | 2/1/2017 |
| Prepared by: Judy Owen | 2/1/2017 |
| Reviewed by: Fiona Velez | 2/1/2017 |
| Approved by: Michele Shahroody | 2/1/2017 |
| Approved by: | |

INVOICE

GOLDEN GATE CAPITAL
One Embarcadero Center, 33rd Floor
San Francisco, CA

For monthly consulting services rendered by John K. Percival on behalf of Golden Gate Capital for the month ending on January 31, 2017, please remit the monthly sum of £17,000.

Please wire funds, once converted to U.S. dollars to:

PHC Merchant Group LLC
c/o SUNTRUST BANK
routing number: 061000104
account number: **Redacted**

First Republic Bank                                   Report Date:        02/01/2017

Customer Name: GOLDEN GATE CAPITAL             Report Time:        08:09:21 AM

Wire Detail Report

User: JOWEN

**Single Wire Transactions**

| | |
|---|---|
| Application: | Non Repetitive Fed |
| Wire #: | 1619697 |
| Wire Status: | ENTERED |
| Created By: | JOWEN |
| Approved By: | |
| Released By: | |
| Value Date: | 02/01/2017 |
| ABA: | 321081669 |
| Debit Account #: | **Redacted** |
| Debit Account Name: | GOLDEN GATE PRIVATE EQUITY INC |
| Currency: | USD |
| Amount: | $21,267.90 |
| Receiving Bank ID Type: | ABA |
| Receiving Bank ID: | 061000104 |
| Receiving Bank Name: | SUNTRUST BANK |
| Receiving Bank Address: | ATLANTA GA |
| Beneficiary Account #: | **Redacted** |
| Beneficiary Name: | John Percival |
| Beneficiary Address: | |
| Reference for Beneficiary: | |
| OBI: | Percival January Retainer |

| | |
|---|---|
| Total Amount Single Wire: | $21,267.90 |
| Total Count Single Wire: | 1 |
| Grand Total Amount: | $21,267.90 |
| Grand Total Count: | 1 |

CONFIDENTIAL                                            GGC_MNSUB_00367

## Golden Gate Capital
### Wire Transfer or Internal Transfer Form

Date Needed: _____ 3/14/2017

*Banking information originated by the payee must be attached*

|  | US DOLLARS TO BE WIRED | | |
| --- | --- | --- | --- |
| USD Amount to be wired | $ | 20,707.00 | |
|  | FOREIGN CURRENCY TO BE WIRED | | |
| Foreign Currency to be wired | | | |
| Currency to be wired | | | |
| Conversion amount to USD | | | |

**Payor Information**

| Name on Account | Golden Gate Private Equity | Bank | |
| --- | --- | --- | --- |
| Account Number | Redacted | FRB | |

**Payee Information**

| Beneficiary Name | John Percival |
| --- | --- |
| Beneficiary Account Number | Redacted |
| IBAN Number | |
| Message to Beneficiary | Percival February Retainer |
| Bank Name | SunTrust Bank |
| ABA # (Domestic) | 061000104 |
| SWIFT/BIC (International) | |
| Sort Code | |

**INTRA BANK TRANSFER INFORMATION**

*Supporting Transfer from Bank must be attached*

| Amount to be Transferred | | Bank | |
| --- | --- | --- | --- |
| Transfer FROM Bank Account | | Transfer TO Bank Account | |
| Name | Account Number | Name | Account Number |
| Reason for Transfer | | | |

**Journal Entry Information**

| | Transaction Type | Deal | Position | Dr/Cr | Allocation | JE Complete |
| --- | --- | --- | --- | --- | --- | --- |
| From Account | | | | | | |
| | Professional Fees | | | | | |

To Account

Notes:

**Departmental Approval**

*Supporting documentation must be attached when submitting*

| Requested by: Fiona Velez | | 3/14/2017 |
| --- | --- | --- |
| | | Date |
| Prepared by: Judy Owen | | 3/14/2017 |
| | | Date |
| Reviewed by: Fiona Velez | | 3/14/2017 |
| | | Date |
| Approved by: Michele Shahroody | | 3/14/2017 |
| | | Date |
| Approved by: | | |
| | | Date |

INVOICE

GOLDEN GATE CAPITAL
One Embarcadero Center, 33rd Floor
San Francisco, CA

For monthly consulting services rendered by John K. Percival on behalf of Golden Gate Capital for the month ending on February 28, 2017, please remit the monthly sum of £17,000.

Please wire funds, once converted to U.S. dollars to:

PHC Merchant Group LLC
c/o SUNTRUST BANK
routing number: 061000104
account number:  **Redacted**

First Republic Bank                                          Report Date:        03/13/2017
Customer Name: GOLDEN GATE CAPITAL                           Report Time:        02:28:11 PM

Wire Detail Report

User: JOWEN

**Single Wire Transactions**

| | |
|---|---|
| Application: | Non Repetitive Fed |
| Wire #: | 1675064 |
| Wire Status: | ENTERED |
| Created By: | JOWEN |
| Approved By: | |
| Released By: | |
| Value Date: | 03/13/2017 |
| ABA: | 321081669 |
| Debit Account #: | Redacted |
| Debit Account Name: | GOLDEN GATE PRIVATE EQUITY INC |
| Currency: | USD |
| Amount: | $20,707.00 |
| Receiving Bank ID Type: | ABA |
| Receiving Bank ID: | 061000104 |
| Receiving Bank Name: | SUNTRUST BANK |
| Receiving Bank Address: | ATLANTA GA |
| Beneficiary Account #: | Redacted |
| Beneficiary Name: | John Percival |
| Beneficiary Address: | |
| Reference for Beneficiary: | |
| OBI: | Percival February Retainer |

| | |
|---|---|
| Total Amount Single Wire: | $20,707.00 |
| Total Count Single Wire: | 1 |
| Grand Total Amount: | $20,707.00 |
| Grand Total Count: | 1 |

CONFIDENTIAL                                                                      GGC_MNSUB_00371

**Golden Gate Capital**
Wire Transfer or Internal Transfer Form

Date Needed: _____ 4/13/2017

*Banking information originated by the payee must be attached*

| | US DOLLARS TO BE WIRED |
|---|---|
| USD Amount to be wired | $ 21,325.30 |
| | FOREIGN CURRENCY TO BE WIRED |
| Foreign Currency to be wired | _____ |
| Currency to be wired | _____ |
| Conversion amount to USD | _____ |

**Payor Information**

| Name on Account | Golden Gate Private Equity | Bank | |
|---|---|---|---|
| Account Number | Redacted | FRB | _____ |

**Payee Information**

| Beneficiary Name | John Percival |
|---|---|
| Beneficiary Account Number | Redacted |
| IBAN Number | _____ |
| Message to Beneficiary | Percival March Retainer |
| Bank Name | SunTrust Bank |
| ABA # (Domestic) | 061000104 |
| SWIFT/BIC (International) | _____ |
| Sort Code | _____ |

**INTRA BANK TRANSFER INFORMATION**

*Supporting Transfer from Bank must be attached*

| Amount to be Transferred | _____ | Bank | _____ |
|---|---|---|---|

| Transfer FROM Bank Account | | Transfer TO Bank Account | |
|---|---|---|---|
| Name | Account Number | Name | Account Number |

Reason for Transfer _____

**Journal Entry Information**

| | Transaction Type | Deal | Position | Dr/Cr | Allocation | JE Complete |
|---|---|---|---|---|---|---|
| From Account | Professional Fees | | | | | |

To Account

Notes:

**Departmental Approval**

*Supporting documentation must be attached when submitting*

| Requested by: Fiona Velez | Date | 4/13/2017 |
|---|---|---|
| Prepared by: Judy Owen | Date | 4/13/2017 |
| Reviewed by: Fiona Velez | Date | 4/13/2017 |
| Approved by: Michele Shahroody | Date | 4/13/2017 |
| Approved by: _____ | Date | _____ |

INVOICE

GOLDEN GATE CAPITAL
One Embarcadero Center, 33rd Floor
San Francisco, CA

For monthly consulting services rendered by John K. Percival on behalf of Golden Gate
Capital for the month ending on March 31, 2017, please remit the monthly sum of
£17,000.

Please wire funds, once converted to U.S. dollars to:

PHC Merchant Group LLC
c/o SUNTRUST BANK
routing number: 061000104
account number: **Redacted**

First Republic Bank

Customer Name: GOLDEN GATE CAPITAL

Report Date: 04/04/2017

Report Time: 09:31:17 AM

Wire Detail Report

User: JOWEN

### Single Wire Transactions

| | |
|---|---|
| Application: | Non Repetitive Fed |
| Wire #: | 1707538 |
| Wire Status: | ENTERED |
| Created By: | JOWEN |
| Approved By: | |
| Released By: | |
| Value Date: | 04/13/2017 |
| ABA: | 321081669 |
| Debit Account #: | Redacted |
| Debit Account Name: | GOLDEN GATE PRIVATE EQUITY INC |
| Currency: | USD |
| Amount: | $21,325.30 |
| Receiving Bank ID Type: | ABA |
| Receiving Bank ID: | 061000104 |
| Receiving Bank Name: | SUNTRUST BANK |
| Receiving Bank Address: | ATLANTA GA |
| Beneficiary Account #: | Redacted |
| Beneficiary Name: | John Percival |
| Beneficiary Address: | |
| Reference for Beneficiary: | |
| OBI: | Percival March Retainer |

| | |
|---|---|
| Total Amount Single Wire: | $21,325.30 |
| Total Count Single Wire: | 1 |
| Grand Total Amount: | $21,325.30 |
| Grand Total Count: | 1 |

CONFIDENTIAL

GGC_MNSUB_00375

**Golden Gate Capital**
Wire Transfer or Internal Transfer Form

Date Needed: _____6/2/2017_____

*Banking information originated by the payee must be attached*

**US DOLLARS TO BE WIRED**

USD Amount to be wired $ 19,043.10

**FOREIGN CURRENCY TO BE WIRED**

Foreign Currency to be wired _____
Currency to be wired _____
Conversion amount to USD _____

**Payor Information**

| | | | |
|---|---|---|---|
| Name on Account | Golden Gate Private Equity | Bank | |
| Account Number | **Redacted** | FRB | |

**Payee Information**

| | |
|---|---|
| Beneficiary Name | John Percival |
| Beneficiary Account Number | **Redacted** |
| IBAN Number | |
| Message to Beneficiary | Percival April Retainer |
| Bank Name | SunTrust Bank |
| ABA # (Domestic) | 061000104 |
| SWIFT/BIC (International) | |
| Sort Code | |

**INTRA BANK TRANSFER INFORMATION**

*Supporting Transfer from Bank must be attached*

| | | | |
|---|---|---|---|
| Amount to be Transferred | | Bank | |
| Transfer FROM Bank Account | | Transfer TO Bank Account | |
| Name | Account Number | Name | Account Number |

Reason for Transfer _____

**Journal Entry Information**

| | Transaction Type | Deal | Position | Dr/Cr | Allocation | JE Complete |
|---|---|---|---|---|---|---|
| From Account | | | | | | |
| | Professional Fees | | | | | |

*To Account*

*Notes:*

**Departmental Approval**

*Supporting documentation must be attached when submitting*

| | Date | |
|---|---|---|
| Requested by: Patrice Rodda | | 6/2/2017 |
| Prepared by: Judy Owen | Date | 6/2/2017 |
| Reviewed by: Jonelle Cayanan | Date | 6/2/2017 |
| Approved by: Michele Shahroody | Date | 6/2/2017 |
| Approved by: | Date | |

INVOICE

GOLDEN GATE CAPITAL
One Embarcadero Center, 33rd Floor
San Francisco, CA

For monthly consulting services rendered by John K. Percival on behalf of Golden Gate
Capital for the month ending on April 30, 2017, please remit the monthly sum of
£17,000.

Please wire funds, once converted to U.S. dollars to:

PHC Merchant Group LLC
c/o SUNTRUST BANK
routing number: 061000104
account number: **Redacted**

MAY 0 1 2017

Approved by

First Republic Bank

Customer Name: GOLDEN GATE CAPITAL

Report Date: 06/01/2017

Report Time: 02:09:13 PM

Wire Detail Report

User: JOWEN

Single Wire Transactions

| | |
|---|---|
| Application: | Non Repetitive Fed |
| Wire #: | 1801053 |
| Wire Status: | ENTERED |
| Created By: | JOWEN |
| Approved By: | |
| Released By: | |
| Value Date: | 06/02/2017 |
| ABA: | 321081669 |
| Debit Account #: | Redacted |
| Debit Account Name: | GOLDEN GATE PRIVATE EQUITY INC |
| Currency: | USD |
| Amount: | $19,043.10 |
| Receiving Bank ID Type: | ABA |
| Receiving Bank ID: | 061000104 |
| Receiving Bank Name: | SUNTRUST BANK |
| Receiving Bank Address: | ATLANTA GA |
| Beneficiary Account #: | Redacted |
| Beneficiary Name: | John Percival |
| Beneficiary Address: | |
| Reference for Beneficiary: | |
| OBI: | Percival April Retainer |

| | |
|---|---|
| Total Amount Single Wire: | $19,043.10 |
| Total Count Single Wire: | 1 |
| | |
| Grand Total Amount: | $19,043.10 |
| Grand Total Count: | 1 |

CONFIDENTIAL

GGC_MNSUB_00379

**Golden Gate Capital**

Wire Transfer or Internal Transfer Form

Date Needed: _____6/6/2017_____

*Banking information requested by the payee must be attached*

**US DOLLARS TO BE WIRED**

| | | |
|---|---|---|
| USD Amount to be wired | $ | 2,783.70 |

**FOREIGN CURRENCY TO BE WIRED**

| | |
|---|---|
| Foreign Currency to be wired | |
| Currency to be wired | |
| Conversion amount to USD | |

**Payor Information**

| | | |
|---|---|---|
| Name on Account | Golden Gate Private Equity | Bank |
| Account Number | Redacted | FRB |

**Payee Information**

| | |
|---|---|
| Beneficiary Name | John Percival |
| Beneficiary Account Number | Redacted |
| IBAN Number | |
| Message to Beneficiary | Percival April Retainer difference |
| | |
| Bank Name | SunTrust Bank |
| ABA # (Domestic) | 061000104 |
| SWIFT/BIC (International) | |
| Sort Code | |

**INTRA BANK TRANSFER INFORMATION**

*Supporting Transfer from Bank must be attached*

| | | |
|---|---|---|
| Amount to be Transferred | | Bank |
| | | |
| Transfer FROM Bank Account | | Transfer TO Bank Account |
| | | |
| Name | Account Number | Name | Account Number |
| | | |
| Reason for Transfer | | |

**Journal Entry Information**

| | Transaction Type | Deal | Position | Dr/Cr | Allocation | JE Complete |
|---|---|---|---|---|---|---|
| From Account | | | | | | |
| | Professional Fees | | | | | |

To Account

Notes:

**Departmental Approval**

*Supporting documentation must be attached when submitting*

| | | |
|---|---|---|
| Requested by: Alyson Jantze | | 6/6/2017 |
| | | Date |
| Prepared by: Judy Owen | | 6/6/2017 |
| | | Date |
| Reviewed by: Jonelle Cayanan | | 6/6/2017 |
| | | Date |
| Approved by: Michele Shahroody | | 6/6/2017 |
| | | Date |
| Approved by: | | |
| | | Date |

First Republic Bank

Customer Name: GOLDEN GATE CAPITAL

Report Date: 06/05/2017

Report Time: 01:41:40 PM

Wire Detail Report

User: JOWEN

Single Wire Transactions

| | |
|---|---|
| Application: | Non Repetitive Fed |
| Wire #: | 1805931 |
| Wire Status: | ENTERED |
| Created By: | JOWEN |
| Approved By: | |
| Released By: | |
| Value Date: | 06/05/2017 |
| ABA: | 321081669 |
| Debit Account #: | **Redacted** |
| Debit Account Name: | GOLDEN GATE PRIVATE EQUITY INC |
| Currency: | USD |
| Amount: | $2,783.70 |
| Receiving Bank ID Type: | ABA |
| Receiving Bank ID: | 061000104 |
| Receiving Bank Name: | SUNTRUST BANK |
| Receiving Bank Address: | ATLANTA GA |
| Beneficiary Account #: | **Redacted** |
| Beneficiary Name: | John Percival |
| Beneficiary Address: | |
| Reference for Beneficiary: | |
| OBI: | Percival April retainer difference |

| | |
|---|---|
| Total Amount Single Wire: | $2,783.70 |
| Total Count Single Wire: | 1 |
| Grand Total Amount: | $2,783.70 |
| Grand Total Count: | 1 |

CONFIDENTIAL

GGC_MNSUB_00382

## Golden Gate Capital
### Wire Transfer or Internal Transfer Form

Date Needed: _____ 6/15/2017 _____

*Banking information originated by the payee must be attached*

**US DOLLARS TO BE WIRED**

USD Amount to be wired            $            22,011.60

**FOREIGN CURRENCY TO BE WIRED**

Foreign Currency to be wired      _____
Currency to be wired              _____
Conversion amount to USD          _____

**Payor Information**

| | | |
|---|---|---|
| Name on Account | Golden Gate Private Equity | Bank |
| Account Number | Redacted | FRB |

**Payee Information**

| | |
|---|---|
| Beneficiary Name | John Percival |
| Beneficiary Account Number | Redacted |
| IBAN Number | |
| Message to Beneficiary | Percival May Retainer |
| | |
| Bank Name | SunTrust Bank |
| ABA # (Domestic) | 061000104 |
| SWIFT/BIC (International) | |
| Sort Code | |

**INTRA BANK TRANSFER INFORMATION**

*Supporting Transfer from Bank must be attached*

Amount to be Transferred      _____          Bank          _____

Transfer FROM Bank Account                               Transfer TO Bank Account

Name _____ Account Number _____    Name _____ Account Number _____

Reason for Transfer      _____

**Journal Entry Information**

| | Transaction Type | Deal | Position | Dr/Cr | Allocation | JE Complete |
|---|---|---|---|---|---|---|
| From Account | Professional Fees | | | | | |

To Account

Notes:

**Departmental Approval**

*Supporting documentation must be attached when submitting*

| | | |
|---|---|---|
| Requested by: Alyson Jantze | Date | 6/15/2017 |
| Prepared by: Judy Owen | Date | 6/15/2017 |
| Reviewed by: Jonelle Cayanan | Date | 6/15/2017 |
| Approved by: Michele Shahroody | Date | 6/15/2017 |
| Approved by: _____ | Date | |

INVOICE

GOLDEN GATE CAPITAL
One Embarcadero Center, 33rd Floor
San Francisco, CA

For monthly consulting services rendered by John K. Percival on behalf of Golden Gate
Capital for the month ending on May 31, 2017, please remit the monthly sum of
£17,000.

Please wire funds, once converted to U.S. dollars to:

PHC Merchant Group LLC
c/o SUNTRUST BANK
routing number: 061000104
account number: **Redacted**

Approved by

| | | |
|---|---|---|
| First Republic Bank | Report Date: | 06/15/2017 |
| Customer Name: GOLDEN GATE CAPITAL | Report Time: | 07:37:58 AM |

Wire Detail Report

User: JOWEN

Single Wire Transactions

| | |
|---|---|
| Application: | Non Repetitive Fed |
| Wire #: | 1821563 |
| Wire Status: | ENTERED |
| Created By: | JOWEN |
| Approved By: | |
| Released By: | |
| Value Date: | 06/15/2017 |
| ABA: | 321081669 |
| Debit Account #: | **Redacted** |
| Debit Account Name: | GOLDEN GATE PRIVATE EQUITY INC |
| Currency: | USD |
| Amount: | $22,011.60 |
| Receiving Bank ID Type: | ABA |
| Receiving Bank ID: | 061000104 |
| Receiving Bank Name: | SUNTRUST BANK |
| Receiving Bank Address: | ATLANTA GA |
| Beneficiary Account #: | **Redacted** |
| Beneficiary Name: | John Percival |
| Beneficiary Address: | |
| Reference for Beneficiary: | |
| OBI: | Percival May Retainer |

| | |
|---|---|
| Total Amount Single Wire: | $22,011.60 |
| Total Count Single Wire: | 1 |
| Grand Total Amount: | $22,011.60 |
| Grand Total Count: | 1 |

CONFIDENTIAL

GGC_MNSUB_00386

**First Republic Bank**                                    Report Date:          06/15/2017
**Customer Name: GOLDEN GATE CAPITAL**                     Report Time:          01:18:13 PM

**Wire Detail Report**

User: MCSHAHROODY

**Single Wire Transactions**

| | |
|---|---|
| Application: | Non Repetitive Fed |
| Wire #: | 1821563 |
| Wire Status: | PROCESSED |
| Created By: | JOWEN |
| Approved By: | MCSHAHROODY |
| Released By: | MCSHAHROODY |
| Value Date: | 06/15/2017 |
| Host Ref. No.: | 170615115748H705 |
| Payment Network Ref. No.: | 20170615L1B78H1C002243 |
| ABA: | 321081669 |
| Debit Account #: | Redacted |
| Debit Account Name: | GOLDEN GATE PRIVATE EQUITY INC |
| Currency: | USD |
| Amount: | $22,011.60 |
| Receiving Bank ID Type: | ABA |
| Receiving Bank ID: | 061000104 |
| Receiving Bank Name: | SUNTRUST BANK |
| Receiving Bank Address: | ATLANTA GA |
| Beneficiary Account #: | Redacted |
| Beneficiary Name: | John Percival |
| Beneficiary Address: | |
| Reference for Beneficiary: | |
| OBI: | Percival May Retainer |

| | |
|---|---|
| Total Amount Single Wire: | $22,011.60 |
| Total Count Single Wire: | 1 |
| | |
| Grand Total Amount: | $22,011.60 |
| Grand Total Count: | 1 |

CONFIDENTIAL                                                    GGC_MNSUB_00387

INVOICE

GOLDEN GATE CAPITAL
One Embarcadero Center, 33rd Floor
San Francisco, CA

For monthly consulting services rendered by John K. Percival on behalf of Golden Gate Capital for the month ending on June 30, 2017, please remit the monthly sum of £17,000.

Please wire funds, once converted to U.S. dollars to:

PHC Merchant Group LLC
c/o SUNTRUST BANK
routing number: 061000104
account number: **Redacted**

JUN 3 0 2017

 OANDA®

# Currency Converter
GBP/USD for the 24-hour period ending Thursday, Jun 29, 2017 22:00 UTC @ +/- 0%

Currency I Have:

## 17,000 GBP

Currency I Want:

## 22,046.8 USD

### GBP/USD Details
GBP/USD for the 24-hour period ending Thursday, Jun 29, 2017 22 C0 UTC @ +/- 0%

Selling 17,000.0 **GBP**    →    you get 22,046.8 **USD**
Buying 17,000.0 **GBP**     →    you pay 22,050.2 **USD**

### Rate Details
GBP/USD for the 24-hour period ending
Thursday, Jun 29, 2017 22.00 UTC

|       | Bid<br>Sell 1 GBP | Ask<br>Buy 1 GBP |
|-------|---------|---------|
| MIN   | 1.29214 | 1.29250 |
| AVG   | **1.29687** | 1.29707 |
| MAX   | 1.30104 | 1.30200 |

### Recent Trends
GBP/USD average daily bid prices
Last 90 days



| 1.3028 |
| 1.2862 |
| 1.2696 |
| 1.2530 |
| 1.2364 |

Apr 2    May 2    Jun 1

### Take trusted OANDA Rates™ with you on your travels

Ltd

**GBP/USD**
Interbank Rate +/- 0%
Jun 30, 2017

**USD/GBP**
Interbank Rate +/- 0%
Jun 30, 2017

| GBP | USD | GBP | USD | GBP | USD | USD | GBP | USD | GBP | USD | GBP |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 1 | 1.30 | 15 | 19.45 | 45 | 58.36 | 1 | 0.77 | 15 | 11.56 | 45 | 34.69 |
| 2 | 2.59 | 20 | 25.94 | 50 | 64.84 | 2 | 1.54 | 20 | 15.42 | 50 | 38.55 |
| 3 | 3.89 | 25 | 32.42 | 100 | 129.69 | 3 | 2.31 | 25 | 19.27 | 100 | 77.10 |
| 4 | 5.19 | 30 | 38.91 | 250 | 324.22 | 4 | 3.08 | 30 | 23.13 | 250 | 192.74 |
| 5 | 6.48 | 35 | 45.39 | 500 | 648.43 | 5 | 3.85 | 35 | 26.98 | 500 | 385.48 |
| 10 | 12.97 | 40 | 51.87 | 1,000 | 1,296.87 | 10 | 7.71 | 40 | 30.84 | 1,000 | 770.97 |

Ltd

CONFIDENTIAL

GGC_MNSUB_00389

INVOICE

GOLDEN GATE CAPITAL
One Embarcadero Center, 33rd Floor
San Francisco, CA

For monthly consulting services rendered by John K. Percival on behalf of Golden Gate
Capital for the month ending on July 31, 2017, please remit the monthly sum of £17,000.

Please wire funds, once converted to U.S. dollars to:

PHC Merchant Group LLC
c/o SUNTRUST BANK
routing number: 061000104
account number: Redacted

Approved by

CONFIDENTIAL

 OANDA

# Currency Converter

GBP/USD for the 24-hour period ending Sunday, Jul 30, 2017 22:00 UTC @ +/- 0%

Currency I Have:

**17,000 GBP**

Currency I Want:

**22,331.6 USD**

## GBP/USD Details

GBP/USD for the 24-hour period ending Sunday, Jul 30, 2017 22:00 UTC @ +/- 0%

Selling 17,000.0 **GBP** → you get 22,331.6 **USD**
Buying 17,000.0 **GBP** → you pay 22,341.3 **USD**

## Rate Details

GBP/USD for the 24-hour period ending
Sunday, Jul 30, 2017 22:00 UTC

|       | **Bid**<br>Sell 1 GBP | **Ask**<br>Buy 1 GBP |
|-------|---------|---------|
| MIN   | 1.31152 | 1.31302 |
| AVG   | **1.31362** | 1.31419 |
| MAX   | 1.31498 | 1.31522 |

### Recent Trends

GBP/USD average daily bid prices
Last 90 days



Take trusted OANDA Rates™ with you on your travels

| **GBP/USD**<br>Interbank Rate +/- 0%<br>Jul 31, 2017 | | | | | | **USD/GBP**<br>Interbank Rate +/- 0%<br>Jul 31, 2017 | | | | | |
|-----|------|-----|-------|-------|----------|-----|------|-----|-------|-------|--------|
| GBP | USD  | GBP | USD   | GBP   | USD      | USD | GBP  | USD | GBP   | USD   | GBP    |
| 1   | 1.31 | 15  | 19.70 | 45    | 59.11    | 1   | 0.76 | 15  | 11.41 | 45    | 34.24  |
| 2   | 2.63 | 20  | 26.27 | 50    | 65.68    | 2   | 1.52 | 20  | 15.22 | 50    | 38.05  |
| 3   | 3.94 | 25  | 32.84 | 100   | 131.36   | 3   | 2.28 | 25  | 19.02 | 100   | 76.09  |
| 4   | 5.25 | 30  | 39.41 | 250   | 328.41   | 4   | 3.04 | 30  | 22.83 | 250   | 190.23 |
| 5   | 6.57 | 35  | 45.98 | 500   | 656.81   | 5   | 3.80 | 35  | 26.63 | 500   | 380.46 |
| 10  | 13.14| 40  | 52.54 | 1,000 | 1,313.62 | 10  | 7.61 | 40  | 30.44 | 1,000 | 760.92 |

CONFIDENTIAL

GGC_MNSUB_00391

INVOICE

GOLDEN GATE CAPITAL
One Embarcadero Center, 33rd Floor
San Francisco, CA

For monthly consulting services rendered by John K. Percival on behalf of Golden Gate
Capital for the month ending on August 31, 2017, please remit the monthly sum of
£17,000.

Please wire funds, once converted to U.S. dollars to:

PHC Merchant Group LLC
c/o SUNTRUST BANK
routing number: 061000104
account number: **Redacted**

Approved by