# SVB > Silicon Valley Bank
A Member of SVB Financial Group

## Outgoing Wire Transfer Request Form

*Consulting fee*
*Class - New Business*

## ORIGINATOR INFORMATION

Title on Account __Golden Gate Private Equity__    Account Number __Redacted__

### TYPE OF WIRE (Choose Only One Type)

☐ US $ Wire – US Amount __$26,703.40__

Amount in Words  Twenty Six Thousand Seven Hundred Three Dollars and Forty Cents

☐ Foreign Currency wire – Name of Currency _____    Foreign Currency Amount _____
Amount in Words _____

☐ Foreign Currency wire (in US $ equivalent)
Name of Currency _____    US $ Equivalent amount _____
Amount in Words _____

## BENEFICIARY & BANK INFORMATION

Beneficiary Name (mandatory)  John Percival _____

Beneficiary Address (mandatory) _____

Beneficiary Account Number (mandatory) __**Redacted**_____

IBAN Account Number (required for European Union) _____

Bank Name (mandatory) __SunTrust Bank _____

Bank Address (mandatory) ___Richmond, VA _____

Bank Transit (ABA/Routing/CHIPS # - For USD wire transfers) __061 000 104 _____

Bank Code (Swift, Sort Code, BLZ, etc. - For Int'l wire transfers) _____

Intermediary Bank (if applicable) _____ _____
Further Credit To _____

Special Instructions _____Percival January Retainer - PHC Merchant Group LLC _____

## CLIENT AUTHORIZATION

By signing below, I (we) acknowledge and agree that my (our) funds transfer requests shall be processed in accordance with and subject to the terms and conditions set forth in the agreements(s) covering funds transfer service(s), which were previously received and executed by me (us). I (we) acknowledge that failure to provide mandatory information needed may result in payment delays and direct loss to me (us).

| _Sue Breedlove_ | Sue Breedlove – Chief Financial Officer | | |
| --- | --- | --- | --- |
| Authorized Signature | Print Name & Title | Date | Phone |
| | | | |
| Authorized Signature | Print Name & Title | Date | Phone |

Silicon Valley Bank ❯
A Member of SVB Financial Group

## Initiate a Single Outgoing Wire

### Confirmation

You have successfully initiated a wire that requires approval(s) before it is sent to SVB for processing.

**Wire Type:** Template-based Wire from a U.S.Dollar (USD) Account

**Silicon Valley Bank Transaction ID:** 201101052486926 (This is an internal SVB tracking number)

**Number of approvals required before sending:** 1

### Transaction Details

| | |
|---|---|
| Template Code: | Percival |
| Template Name: | |
| Debit Account: | **Redacted** GOLDEN GATE PRIVATE EQUITY INC |
| Processing Date: | 01/05/2011 |
| Transaction Amount: | 26,703.40 - United States Dollars |

### Beneficiary Details

| | |
|---|---|
| Beneficiary Account: | **Redacted** |
| Beneficiary Name: | John Percival |
| Beneficiary Address: | San Francisco, CA |

### Beneficiary Bank Details

| | |
|---|---|
| Beneficiary Bank Name: | SunTrust Bank |
| Bank City and State: | Richmond, VA |
| Bank Country: | United States of America |
| ABA or SWIFT Code: | 061000104 |

### Remittance Information/Payment Instructions

| | |
|---|---|
| Originator-to-Beneficiary Instructions: | Percival January Retainer - PHC Me |

### Bank-to-Bank Instructions

Bank-to-Bank Instructions:

### Intermediary Bank Instructions

Intermediary ID:
Intermediary Name:
Intermediary Address:

New Wire

© 2010 Silicon Valley Bank . SVB.com . Legal Disclosures

Forex Trading   Exchange Rates   Money Transfers   Currency Hedging   About Us

My Account   Register   Help   Search

Currency Converter   Currency Tools   Data Services   Web Tools   Mobile

Home      Currency Tools      Currency Converter

# Currency Converter

print

**Currency I Have:**

Euro                                    **EUR**

AMOUNT:          I have this much to exchange

20000

**Currency I Want:**

US Dollar                               **USD**

AMOUNT:          I want to buy something at this price

26,703.4

INTERBANK +/-   0%      DATE:   Jan 5, 2011      HELP

See live currency rates

Exchange rates change
every second. Track them
at OANDA's forex trading
website.

Go to OANDA fxTrade

TRY ALSO...

Mobile Currency Apps

Money Transfers

Exchange Rate Feeds

Rate Details      Traveler's Cheatsheet

### EUR/USD Details

EUR/USD for the 24-hour period ending **Tuesday, January 4, 2011** 22:00 UTC +/- 0%

Selling 20,000.0 **EUR**      you get 26,703.4 **USD**
Buying 20,000.0 **EUR**       you pay 26,705.8 **USD**

#### Rate Details
EUR/USD for the 24-hour period ending
**Tuesday, January 4, 2011** 22:00 UTC

|      | **Bid** Sell 1 EUR | **Ask** Buy 1 EUR |
|------|--------------------|-------------------|
| MIN  | 1.32912            | 1.32924           |
| AVG  | 1.33517            | 1.33529           |
| MAX  | 1.34333            | 1.34344           |

These values represent the daily average of the
Bid and Ask rates OANDA receives from many
data sources.



Recent Trends
EUR/USD average daily bid prices

○ 30 days     ○ 60 days     ○ 90 days



KAISER PERMANENTE.

Strike while the
offer is hot.
Apply today
and lock in
your rate until
December 31, 2011.

PLANS
START AT
$3 per day

## Currency Converter

OANDA's currency calculator tools use OANDA Rates®, the touchstone foreign exchange rates compiled from leading market data
contributors. Our rates are trusted and used by major corporations, tax authorities, auditing firms, and individuals around the world.

**Access currency exchange rates back to January, 1990:**
- Type in currency names, 3-letter ISO currency symbols, or country names to select your currency. Convert world currencies,
  precious metals, or obsolete currencies, which are marked with an asterisk (*).
- Choose a percentage from the interbank rate list to better approximate the tourist exchange rates actually charged by your
  financial institution.

Looking for the old FXConverter?

CONFIDENTIAL

GGC_MNSUB_00116

# Silicon Valley Bank ›

A Member of SVB Financial Group

## APPROVE OUTGOING WIRES
## Confirmation

**Please print a copy of this page for your records**

Status for the following wires has been modified
successfully:

| Status | Trans ID/ Wire Type | Tran Amt/ Debiting Currency/ Credit Currency | Wire Proc Dt/ Debit Acct/ Beneficiary Name |
| --- | --- | --- | --- |
| Ready | 201101052486926 USD (U.S. Dollar Account Wire) | 26,703.40 USD USD | 01/05/2011 Redacted GOLDEN GATE PRIVATE EQUITY INC John Percival |

Return to Approve Outgoing Wire Selection Criteria

© 2010 Silicon Valley Bank . SVB.com . Legal Disclosures

CONFIDENTIAL

GGC_MNSUB_00117

INVOICE

GOLDEN GATE CAPITAL
One Embarcadero Center, 33rd Floor
San Francisco, CA

For monthly consulting services rendered by John K. Percival on behalf of Golden Gate Capital commencing January 1, 2011, please remit the monthly sum of EURO 20,000.

Please wire funds, once converted to U.S. dollars to:

PHC Merchant Group LLC
c/o SUNTRUST BANK
routing number: 061000104
account number:  **Redacted**



# SVB › Silicon Valley Bank
A Member of SVB Financial Group

**Outgoing Wire Transfer Request Form**

## ORIGINATOR INFORMATION

Title on Account ___Golden Gate Private Equity_____     Account Number __ **Redacted** _____

TYPE OF WIRE (Choose Only One Type)

☐   US $ Wire – US Amount __$25,742.00

    Amount in Words  Twenty Five Thousand Seven Hundred Forty Two Dollars

☐   Foreign Currency wire – Name of Currency _____     Foreign Currency Amount _____
    Amount in Words _____

☐   Foreign Currency wire (in US $ equivalent)
    Name of Currency _____     US $ Equivalent amount _____
    Amount in Words _____

## BENEFICIARY & BANK INFORMATION

Beneficiary Name (mandatory)  John Percival_____

Beneficiary Address (mandatory) _____

Beneficiary Account Number (mandatory) ___ **Redacted** _____

IBAN Account Number (required for European Union) _____

Bank Name (mandatory)  __SunTrust Bank_____

Bank Address (mandatory) ____Richmond, VA_____

Bank Transit (ABA/Routing/CHIPS # - For USD wire transfers) __061 000 104_____

Bank Code (Swift, Sort Code, BLZ, etc. – For Int'l wire transfers) _____

Intermediary Bank (if applicable) ____ _____
Further Credit To _____

Special Instructions _____Percival January Retainer - PHC Merchant Group LLC_____

## CLIENT AUTHORIZATION

By signing below, I (we) acknowledge and agree that my (our) funds transfer requests shall be processed in accordance with and subject to the terms and conditions set forth in the agreements(s) covering funds transfer service(s), which were previously received and executed by me (us). I (we) acknowledge that failure to provide mandatory information needed may result in payment delays and direct loss to me (us).

_Sue Breedlove_      Sue Breedlove – Chief Financial Officer _____     _____
Authorized Signature          Print Name & Title          Date          Phone

_____     _____     _____     _____
Authorized Signature          Print Name & Title          Date          Phone

CONFIDENTIAL

Silicon Valley Bank ❯
A Member of SVB Financial Group

## Initiate a Single Outgoing Wire

Confirmation
You have successfully initiated a wire that requires approval(s) before it is sent to SVB for processing.

Wire Type:Template-based Wire from a U.S.Dollar (USD) Account

Silicon Valley Bank Transaction ID:20120106315615 8 (This is an internal SVB tracking number)

Number of approvals required before sending: 1

### Transaction Details

| | |
|---|---|
| Template Code: | Percival |
| Template Name: | |
| Debit Account: | **Redacted** GOLDEN GATE PRIVATE EQUITY INC |
| Processing Date: | 01/06/2012 |
| Transaction Amount: | 25,742.00 · United States Dollars |

### Beneficiary Details

| | |
|---|---|
| Beneficiary Account: | **Redacted** |
| Beneficiary Name: | John Percival |
| Beneficiary Address: | San Francisco, CA |

### Beneficiary Bank Details

| | |
|---|---|
| Beneficiary Bank Name: | SunTrust Bank |
| Bank City and State: | Richmond, VA |
| Bank Country: | United States of America |
| ABA or SWIFT Code: | 061000104 |

### Remittance Information/Payment Instructions

| | |
|---|---|
| Originator-to-Beneficiary Instructions: | Percival January Retainer - PHC Me |

### Bank-to-Bank Instructions

Bank-to-Bank Instructions:

### Intermediary Bank Instructions

Intermediary ID:
Intermediary Name:
Intermediary Address:

New Wire



© 2012 Silicon Valley Bank · SVB.com · Legal Disclosures

CONFIDENTIAL

GGC_MNSUB_00120

INVOICE

GOLDEN GATE CAPITAL
One Embarcadero Center, 33rd Floor
San Francisco, CA

For monthly consulting services rendered by John K. Percival on behalf of Golden Gate
Capital commencing January 1, 2012, please remit the monthly sum of EURO 20,000.

Please wire funds, once converted to U.S. dollars to:

PHC Merchant Group LLC
c/o SUNTRUST BANK
routing number: 061000104
account number:   **Redacted**

CONFIDENTIAL

Forex Trading   Exchange Rates   Money Transfers   Currency Hedging   About Us

My Account | Register | Help | Search

Currency Converter | Currency Tools | Data Services | Web Tools | Mobile

Home   Currency Tools   Currency Converter

# Currency Converter

Like   11k

Currency Converter   Historical Exchange Rates   Live Exchange Rates

print

English ▼

## Currency I Have:

Euro                                    **EUR**

AMOUNT:                    I have this much to exchange

**20000**

## Currency I Want:

US Dollar                               **USD**

AMOUNT:              I want to buy something at this price

25,742.0

**Low-cost currency trading**

No hidden fees. Trade as little as $1.

PRACTICE FOR FREE →

INTERBANK +/-  0%        DATE:   Jan 6, 2012        HELP

TRY ALSO...

Mobile Currency Apps

Money Transfers

Exchange Rate Feeds

Rate Details    Traveler's Cheatsheet

## EUR/USD Details

EUR/USD for the 24-hour period ending Thursday, Jan 5, 2012 22:00 UTC. +/- 0%

Selling 20,000.0 EUR        you get 25,742.0 USD
Buying 20,000.0 EUR         you pay 25,744.8 USD

### Rate Details

EUR/USD for the 24-hour period ending
**Thursday, Jan 5, 2012 22:00 UTC**

|      | **Bid** Sell 1 EUR | **Ask** Buy 1 EUR |
|------|------|------|
| MIN  | 1.27759 | 1.27771 |
| AVG  | 1.28710 | 1.28724 |
| MAX  | 1.29464 | 1.29482 |

These values represent the daily average of the Bid and Ask rates OANDA receives from many data sources.

### Recent Trends

EUR/USD average daily bid prices

1.3405
1.3272
1.3138
1.3005
1.2871

Dec 7    Dec 17    Dec 27    Jan 6

⊙ 30 days        60 days        90 days

INTERACTIVE GRAPH

AT&T U-verse TV
+ Internet
+Wireless

the best team for the big game

$104/mo
for 12 months
with term

SHOP NOW

Details

## Currency Converter

OANDA's currency calculator tools use OANDA Rates™, the touchstone foreign exchange rates compiled from leading market data contributors. Our rates are trusted and used by major corporations, tax authorities, auditing firms, and individuals around the world.

**Access currency exchange rates back to January, 1990:**

- Type currency names, 3-letter ISO currency symbols, or country names to select your currency. Convert world currencies, precious metals, or obsolete currencies, which are marked with an asterisk (*).
- Choose a percentage from the interbank rate list to better approximate the tourist exchange rates actually charged by your financial institution. (Find out more about interbank rates.)

Looking for the old fxConverter?

CONFIDENTIAL

GGC_MNSUB_00122

# SVB ❯ Silicon Valley Bank
A Member of SVB Financial Group

**Outgoing Wire Transfer Request Form**

*Consulting fee*
*Class Bus...*

Domestic Wires Deadline: 1:00 PM PST – International Wires Deadline: 12:00 PM PST
Please Fax Your Request to (800) 970-7270, (800) 215-6677 or (408) 496-2401

## ORIGINATOR INFORMATION

Title on Account __Golden Gate Private Equity_____    Account Number  **Redacted**

TYPE OF WIRE (Choose Only One Type)

☐  US $ Wire – US Amount __$27,626.80

    Amount in Words  Twenty Seven Thousand Six Hundred Twenty Six Dollars and Eighty Cents

☐  Foreign Currency wire – Name of Currency _____    Foreign Currency Amount _____
    Amount in Words _____

☐  Foreign Currency wire (in US $ equivalent)
    Name of Currency _____    US $ Equivalent amount _____
    Amount in Words _____

## BENEFICIARY & BANK INFORMATION

Beneficiary Name (mandatory)  John Percival_____

Beneficiary Address (mandatory) _____

Beneficiary Account Number (mandatory)  **Redacted**_____

IBAN Account Number (required for European Union) _____

Bank Name (mandatory) __SunTrust Bank_____

Bank Address (mandatory) __Richmond, VA_____

Bank Transit (ABA/Routing/CHIPS # - For USD wire transfers) __061 000 104_____

Bank Code (Swift, Sort Code, BLZ, etc. - For Int'l wire transfers) _____

Intermediary Bank (if applicable) ____ _____
Further Credit To _____

Special Instructions _____Percival February Retainer - PHC Merchant Group LLC_____

## CLIENT AUTHORIZATION

By signing below, I (we) acknowledge and agree that my (our) funds transfer requests shall be processed in accordance with and subject to the terms and conditions set forth in the agreements(s) covering funds transfer service(s), which were previously received and executed by me (us). I (we) acknowledge that failure to provide mandatory information needed may result in payment delays and direct loss to me (us).

| _Sue Breedlove_ | Sue Breedlove – Chief Financial Officer | | |
| --- | --- | --- | --- |
| Authorized Signature | Print Name & Title | Date | Phone |
| | | | |
| Authorized Signature | Print Name & Title | Date | Phone |

CONFIDENTIAL

INVOICE

GOLDEN GATE CAPITAL
One Embarcadero Center, 33rd Floor
San Francisco, CA

For monthly consulting services rendered by John K. Percival on behalf of Golden Gate Capital commencing March 1, 2011, please remit the monthly sum of EURO 20,000.

Please wire funds, once converted to U.S. dollars to:

PHC Merchant Group LLC
c/o SUNTRUST BANK
routing number: 061000104
account number:  **Redacted**

Forex Trading    Exchange Rates    Money Transfers    Currency Hedging    About Us

My Account    Register    Help    Search

Currency Converter    Currency Tools    Data Services    Web Tools    Mobile

Home    Currency Tools    Currency Converter

Like    2K

# Currency Converter

Currency Converter    Historical Exchange Rates

print

## Currency I Have:

Euro                                **EUR**

AMOUNT:    I have this much to exchange

20000.00

## Currency I Want:

US Dollar                           **USD**

AMOUNT:    I want to buy something at this price

27,626.8

INTERBANK +/-    0%    DATE:    Mar 2, 2011    HELP

Practice forex with a free $100,000 account

Try currency trading with a no-risk forex demo account. It's free and never expires.

Sign up in minutes

TRY ALSO...

Mobile Currency Apps
Money Transfers
Exchange Rate Feeds

Rate Details    Traveler's Cheatsheet

### EUR/USD Details

EUR/USD for the 24-hour period ending Tuesday, Mar 1, 2011 22:00 UTC @ +/- 0%

Selling 20,000.0 **EUR**    you get 27,626.8 **USD**
Buying 20,000.0 **EUR**    you pay 27,629.2 **USD**

### Rate Details

EUR/USD for the 24-hour period ending
**Tuesday, Mar 1, 2011 22:00 UTC**

|       | Bid            | Ask            |
|-------|----------------|----------------|
|       | Sell 1 EUR     | Buy 1 EUR      |
| MIN   | 1.37624        | 1.37636        |
| AVG   | 1.38134        | 1.38146        |
| MAX   | 1.38537        | 1.38546        |

These values represent the daily average of the Bid and Ask rates OANDA receives from many data sources.

### Recent Trends

EUR/USD average daily bid prices



Feb 3, 2011: 1.3747

1.3820
1.3740
1.3659
1.3579
1.3498

Jan 31    Feb 10    Feb 20    Mar 2

◉ 30 days    ○ 60 days    ○ 90 days

INTERACTIVE GRAPH



## Currency Converter

OANDA's currency calculator tools use OANDA Rates®, the touchstone foreign exchange rates compiled from leading market data contributors. Our rates are trusted and used by major corporations, tax authorities, auditing firms, and individuals around the world.

**Access currency exchange rates back to January, 1990:**

- Type currency names, 3-letter ISO currency symbols, or country names to select your currency. Convert world currencies, precious metals, or obsolete currencies, which are marked with an asterisk (*).
- Choose a percentage from the interbank rate list to better approximate the tourist exchange rates actually charged by your financial institution.

Looking for the old FXConverter?

# SVB › Silicon Valley Bank

A Member of SVB Financial Group

**Outgoing Wire Transfer Request Form**

Domestic Wires Deadline: 1:00 PM PST – International Wires Deadline: 12:00 PM PST
Please Fax Your Request to (800) 970-7270, (800) 215-6677 or (408) 496-2401

*Consulting fees*
*Class - New business*

## ORIGINATOR INFORMATION

Title on Account __Golden Gate Private Equity__     Account Number  **Redacted**

TYPE OF WIRE (Choose Only One Type)

☐ US $ Wire – US Amount __$27,283.40__

   Amount in Words  Twenty Seven Thousand Two Hundred Eighty Three Dollars and Forty Cents

☐ Foreign Currency wire – Name of Currency _____     Foreign Currency Amount _____
   Amount in Words _____

☐ Foreign Currency wire (in US $ equivalent)
   Name of Currency _____     US $ Equivalent amount _____
   Amount in Words _____

## BENEFICIARY & BANK INFORMATION

Beneficiary Name (mandatory)  John Percival_____

Beneficiary Address (mandatory)  _____

Beneficiary Account Number (mandatory)  ___ **Redacted** _____

IBAN Account Number (required for European Union)  _____

Bank Name (mandatory)  __SunTrust Bank_____

Bank Address (mandatory)  ___Richmond, VA_____

Bank Transit (ABA/Routing/CHIPS # - For USD wire transfers)  __061 000 104_____

Bank Code (Swift, Sort Code, BLZ, etc. – For Int'l wire transfers)  _____

Intermediary Bank (if applicable) ____ _____
Further Credit To  _____

Special Instructions  __Percival February Retainer - PHC Merchant Group LLC_____

## CLIENT AUTHORIZATION

By signing below, I (we) acknowledge and agree that my (our) funds transfer requests shall be processed in accordance with and subject to the terms and conditions set forth in the agreements(s) covering funds transfer service(s), which were previously received and executed by me (us). I (we) acknowledge that failure to provide mandatory information needed may result in payment delays and direct loss to me (us).

| *Sue Breedlove* | Sue Breedlove – Chief Financial Officer | | |
| --- | --- | --- | --- |
| Authorized Signature | Print Name & Title | Date | Phone |
| | | | |
| Authorized Signature | Print Name & Title | Date | Phone |

CONFIDENTIAL

INVOICE

GOLDEN GATE CAPITAL
One Embarcadero Center, 33rd Floor
San Francisco, CA

For monthly consulting services rendered by John K. Percival on behalf of Golden Gate
Capital commencing February 1, 2011, please remit the monthly sum of EURO 20,000.

Please wire funds, once converted to U.S. dollars to:

PHC Merchant Group LLC
c/o SUNTRUST BANK
routing number: 061000104
account number: Redacted

27,283.40

GGC_MNSUB_00091

Forex Trading   Exchange Rates   Money Transfers   Currency Hedging   About Us

My Account   Register   Help   Search

Currency Converter   Currency Tools   Data Services   Web Tools   Mobile

Home   Currency Tools   Currency Converter

# Currency Converter

print   English

**See live currency rates**

Open a free, no-risk forex demo account.

## Currency I Have:

Euro                                    **EUR**

AMOUNT:                    I have this much to exchange

20000.00

## Currency I Want:

US Dollar                               **USD**

AMOUNT:                    I want to buy something at this price

27,283.4

INTERBANK +/-  0%        DATE:   Feb 1, 2011        HELP

Rate Details   Traveler's Cheatsheet

### EUR/USD Details

EUR/USD on the 24-hour period ending Monday, Jan 31, 2011 22:00 UTC (g) +/- 0%

Selling 20,000.0 EUR        you get 27,283.4 **USD**
Buying 20,000.0 EUR         you pay 27,286.2 **USD**

### Rate Details

EUR/USD for the 24-hour period ending **Monday, Jan 31, 2011 22:00 UTC**

|     | **Bid**<br>Sell 1 EUR | **Ask**<br>Buy 1 EUR |
|-----|---------|---------|
| MIN | 1.35704 | 1.35713 |
| AVG | 1.36417 | 1.36431 |
| MAX | 1.37386 | 1.37395 |

These values represent the daily average of the Bid and Ask rates OANDA receives from many data sources.

### Recent Trends

EUR/USD average daily bid prices



TRY ALSO...

Mobile Currency Apps
Money Transfers
Exchange Rate Feeds



NEW

Jenny Craig
METABOLICMAX

We've always Monitored Calories in...

## Currency Converter

OANDA's currency calculator tools use OANDA Rates®, the touchstone foreign exchange rates compiled from leading market data contributors. Our rates are trusted and used by major corporations, tax authorities, auditing firms, and individuals around the world.

**Access currency exchange rates back to January, 1990:**

- Type in currency names, 3-letter ISO currency symbols, or currency names to select your currency. Convert world currencies, precious metals, or obsolete currencies, which are marked with an asterisk (*).
- Choose a percentage from the interbank rate list to better approximate the tourist exchange rates actually charged by your financial institution.

Looking for the old FXConverter?

CONFIDENTIAL                                                          GGC_MNSUB_00092

# FIRST REPUBLIC BANK



## Outgoing Wire Transfer Request Form

## Originator Information

Title on Account  Golden Gate Private Equity, Inc.          Account Number  **Redacted**

Type of Wire (Choose only one type)

☐  US $ Wire – US Amount  26,469.20

  Amount in Words  Twenty Six Thousand Four Hundred Sixty Nine Dollars and Twenty Cents

☐  Foreign Currency wire – Name of Currency _____  Foreign Currency Amount _____

  Amount in Words _____

☐  Foreign Currency wire (in US $ equivalent)

  Name of Currency _____

  Amount in Words _____

## Beneficiary & Bank Information

Beneficiary Name (mandatory)  John Percival

Beneficiary Address (mandatory) _____

Beneficiary Account Number (mandatory)  **Redacted**

IBAN Account Number (required for European Union) _____

Bank Name (mandatory)  SunTrust Bank

Bank Address (mandatory) _____

Bank Transit (ABA/Routing/CHIPS # – For USD wire transfers)  061 000 104

Bank Code (Swift, Sort Code, BLZ, etc. – For Int'l. wire transfers) _____

Intermediary Bank (if applicable) _____

Further Credit To _____

Special Instructions  Percival February Retainer – PHC Merchant Group LLC

## Client Authorization

By signing below, I (we) acknowledge and agree that my (our) funds transfer requests shall be processed in accordance with and subject to the terms and conditions set forth in the agreements(s) covering funds transfer service(s), which were previously received and executed by me (us).  I (we) acknowledge that failure to provide mandatory information needed may result in payment delays and direct loss to me (us).

| | | | |
|---|---|---|---|
| _Sue Breedlove_ | Sue Breedlove – Chief Financial Officer | 2/14/2012 | |
| Authorized Signature | Print Name & Title | Date | Phone |

| | | | |
|---|---|---|---|
| Authorized Signature | Print Name & Title | Date | Phone |

First Republic Bank
Customer Name: GOLDEN GATE CAPITAL

Report Date: 02/14/2012
Report Time: 08:31:48 AM

Wire Detail Report

User: FVELEZ

### Single Wire Transactions

| | |
|---|---|
| Application: | Non Repetitive Fed |
| Value Date: | 02/14/2012 |
| Created By: | FVELEZ |
| Modified By: | |
| Currency: | USD |
| Wire #: | 57308 |
| Line ID: | |
| Status: | ENTERED |
| Host Ref. No.: | |
| Payment Network Ref. No.: | |
| Result Text: | |
| Amount: | $26,469.20 |
| ABA: | 321081669 |
| Debit Account #: | Redacted |
| Receiving Bank ID: | 061000104 |
| Receiving Bank Name: | SUNTRUST BANK |
| Receiving Bank Address: | ATLANTA GA |
| Beneficiary Bank ID: | |
| Beneficiary Bank Name: | |
| Beneficiary Bank Address: | |
| Beneficiary Account #: | Redacted |
| Beneficiary Name: | John Percival |
| Beneficiary Address: | |
| Reference for Beneficiary: | |
| OBI: | Ref: Feb Retainer - PHC Merchant Group LLC |
| BBI: | |
| Requesting Party Account#: | |
| Requesting Party Name: | |
| Requesting Party Address: | |
| Total Amount Single Wire: | $26,469.20 |
| Total Count Single Wire: | 1 |

CONFIDENTIAL

GGC_MNSUB_00094

INVOICE

GOLDEN GATE CAPITAL
One Embarcadero Center, 33rd Floor
San Francisco, CA

For monthly consulting services rendered by John K. Percival on behalf of Golden Gate Capital commencing February 1, 2012, please remit the monthly sum of EURO 20,000.

Please wire funds, once converted to U.S. dollars to:

PHC Merchant Group LLC
c/o SUNTRUST BANK
routing number: 061000104
account number:    Redacted

CONFIDENTIAL

Forex Trading   Exchange Rates   Money Transfers   Currency Hedging   About Us

My Account | Register | Help | Search

Currency Converter | Currency Tools | Data Services | Web Tools | Mobile

Home    Currency Tools    Currency Converter

# Currency Converter

Like   12k

Currency Converter    Historical Exchange Rates    Live Exchange Rates

print

English ▼

## Currency I Have:

| Euro | EUR |
|------|-----|

AMOUNT:    I have this much to exchange

20000

## Currency I Want:

| US Dollar | USD |
|-----------|-----|

AMOUNT:    I want to buy something at this price

26,469.2

INTERBANK +/-  0%      DATE:    Feb 14, 2012      HELP

Try currency trading
Open a free, no-risk 51000
demo account.
> Sign up in minutes

TRY ALSO...
Mobile Currency Apps
Money Transfers
Exchange Rate Feeds

Rate Details    Traveler's Cheatsheet

## EUR/USD Details

EUR/USD for the 24-hour period ending **Monday, Feb 13, 2012 22:00 UTC @ +/- 0%**

Selling 20,000.0 EUR        you get 26,469.2 USD
Buying 20,000.0 EUR         you pay 26,472.4 USD

### Rate Details

EUR/USD for the 24-hour period ending
**Monday, Feb 13, 2012 22:00 UTC**

|     | **Bid** Sell 1 EUR | **Ask** Buy 1 EUR |
|-----|---------|---------|
| MIN | 1.31884 | 1.31896 |
| AVG | 1.32346 | 1.32362 |
| MAX | 1.32833 | 1.32845 |

These values represent the daily average of the
Bid and Ask rates OANDA receives from many
data sources.

### Recent Trends

EUR/USD average daily bid prices



INTERACTIVE GRAPH

zipcars live
near you

Portland - 982
N.W. Overton

click here to
join and get $75
in free driving

zipcar.

## Currency Converter

OANDA's currency calculator tools use OANDA Rates™, the touchstone foreign exchange rates compiled from leading market data contributors. Our rates are trusted and used by major corporations, tax authorities, auditing firms, and individuals around the world.

Access currency exchange rates back to January, 1990:

- Type currency names, 3-letter ISO currency symbols, or country names to select your currency. Convert world currencies, precious metals, or obsolete currencies, which are marked with an asterisk (*).
- Choose a percentage from the interbank rate list to better approximate the tourist exchange rates actually charged by your financial institution. (Find out more about interbank rates.)

Looking for the old fxConverter?

CONFIDENTIAL                                                      GGC_MNSUB_00096

First Republic Bank
Customer Name: GOLDEN GATE CAPITAL

Report Date: 02/14/2012
Report Time: 09:43:08 AM

Wire Detail Report

User: SBREEDLOVE

Single Wire Transactions

| | |
|---|---|
| Application: | Non Repetitive Fed |
| Value Date: | 02/14/2012 |
| Created By: | FVELEZ |
| Modified By: | SBREEDLOVE |
| Currency: | USD |
| Wire # : | 57308 |
| Line ID: | |
| Status: | RELEASED |
| Host Ref. No.: | |
| Payment Network Ref. No.: | |
| Result Text: | |
| Amount: | $26,469.20 |
| ABA: | 321081669 |
| Debit Account #: | **Redacted** |
| Receiving Bank ID: | 061000104 |
| Receiving Bank Name: | SUNTRUST BANK |
| Receiving Bank Address: | ATLANTA GA |
| Beneficiary Bank ID: | |
| Beneficiary Bank Name: | |
| Beneficiary Bank Address: | |
| Beneficiary Account #: | **Redacted** |
| Beneficiary Name: | John Percival |
| Beneficiary Address: | |
| Reference for Beneficiary: | |
| OBI: | Ref: Feb Retainer - PHC Merchant Group LLC |

BBI:

| | |
|---|---|
| Requesting Party Account#: | |
| Requesting Party Name: | |
| Requesting Party Address: | |

| | |
|---|---|
| Total Amount Single Wire: | $26,469.20 |
| Total Count Single Wire: | 1 |

CONFIDENTIAL

GGC_MNSUB_00097



# FIRST REPUBLIC BANK

### Outgoing Wire Transfer Request Form

## Originator Information

Title on Account  Golden Gate Private Equity, Inc.  Account Number  **Redacted**

Type of Wire (Choose only one type)

☐ US $ Wire – US Amount  26,861.80
    Amount in Words  Twenty Six Thousand Eight Hundred Sixty One Dollars and Eight Cents

☐ Foreign Currency wire – Name of Currency _____ Foreign Currency Amount _____
    Amount in Words _____

☐ Foreign Currency wire (in US $ equivalent)
    Name of Currency _____
    Amount in Words _____

## Beneficiary & Bank Information

Beneficiary Name (mandatory)  John Percival

Beneficiary Address (mandatory) _____

Beneficiary Account Number (mandatory)  **Redacted**

IBAN Account Number (required for European Union) _____

Bank Name (mandatory)  SunTrust Bank

Bank Address (mandatory) _____

Bank Transit (ABA/Routing/CHIPS # – For USD wire transfers)  061 000 104

Bank Code (Swift, Sort Code, BLZ, etc. – For Int'l. wire transfers) _____

Intermediary Bank (if applicable) _____

Further Credit To _____

Special Instructions  Percival March Retainer – PHC Merchant Group LLC

## Client Authorization

By signing below, I (we) acknowledge and agree that my (our) funds transfer requests shall be processed in accordance with and subject to the terms and conditions set forth in the agreements(s) covering funds transfer service(s), which were previously received and executed by me (us). I (we) acknowledge that failure to provide mandatory information needed may result in payment delays and direct loss to me (us).

| | | | |
|---|---|---|---|
| *Sue Breedlove* | Sue Breedlove – Chief Financial Officer | 2/29/2012 | |
| Authorized Signature | Print Name & Title | Date | Phone |

| | | | |
|---|---|---|---|
| Authorized Signature | Print Name & Title | Date | Phone |

CONFIDENTIAL

First Republic Bank

Customer Name: GOLDEN GATE CAPITAL

Report Date: 02/29/2012

Report Time: 10:20:16 AM

Wire Detail Report

User: FVELEZ

## Single Wire Transactions

| | |
|---|---|
| Application: | Non Repetitive Fed |
| Value Date: | 02/29/2012 |
| Created By: | FVELEZ |
| Modified By: | |
| Currency: | USD |
| Wire # : | 63772 |
| Line ID: | |
| Status: | ENTERED |
| Host Ref. No.: | |
| Payment Network Ref. No.: | |
| Result Text: | |
| Amount: | $26,861.80 |
| ABA: | 321081669 |
| Debit Account #: | Redacted |
| Receiving Bank ID: | 061000104 |
| Receiving Bank Name: | SUNTRUST BANK |
| Receiving Bank Address: | ATLANTA GA |
| Beneficiary Bank ID: | |
| Beneficiary Bank Name: | |
| Beneficiary Bank Address: | |
| Beneficiary Account #: | Redacted |
| Beneficiary Name: | John Percival |
| Beneficiary Address: | |
| Reference for Beneficiary: | |
| OBI: | Percival March Retainer |
| | PHC Merchant Group LLC |
| BBI: | |
| Requesting Party Account#: | |
| Requesting Party Name: | |
| Requesting Party Address: | |
| Total Amount Single Wire: | $26,861.80 |
| Total Count Single Wire: | 1 |

CONFIDENTIAL

GGC_MNSUB_00099



# FIRST REPUBLIC BANK

### Outgoing Wire Transfer Request Form

## Originator Information

Title on Account  Golden Gate Private Equity, Inc.          Account Number  **Redacted**

Type of Wire (Choose only one type)

☐ US $ Wire – US Amount  26,263.00

    Amount in Words  Twenty Six Thousand Two Hundred Sixty Three Dollars

☐ Foreign Currency wire – Name of Currency _____  Foreign Currency Amount _____

    Amount in Words

☐ Foreign Currency wire (in US $ equivalent)

    Name of Currency

    Amount in Words

## Beneficiary & Bank Information

Beneficiary Name (mandatory)  John Percival

Beneficiary Address (mandatory)

Beneficiary Account Number (mandatory)  **Redacted**

IBAN Account Number (required for European Union)

Bank Name (mandatory)  SunTrust Bank

Bank Address (mandatory)

Bank Transit (ABA/Routing/CHIPS # – For USD wire transfers)  061 000 104

Bank Code (Swift, Sort Code, BLZ, etc. – For Int'l. wire transfers)

Intermediary Bank (if applicable)

Further Credit To

Special Instructions  Percival January Retainer – PHC Merchant Group LLC

## Client Authorization

By signing below, I (we) acknowledge and agree that my (our) funds transfer requests shall be processed in accordance with and subject to the terms and conditions set forth in the agreements(s) covering funds transfer service(s), which were previously received and executed by me (us). I (we) acknowledge that failure to provide mandatory information needed may result in payment delays and direct loss to me (us).

| | | | |
|---|---|---|---|
| *Sue Breedlove* | Sue Breedlove – Chief Financial Officer | 1/4/2013 | |
| Authorized Signature | Print Name & Title | Date | Phone |
| | | | |
| Authorized Signature | Print Name & Title | Date | Phone |

First Republic Bank

Customer Name: GOLDEN GATE CAPITAL

| | |
|---|---|
| Report Date: | 01/04/2013 |
| Report Time: | 10:52:42 AM |

**Wire Summary Report**

User: FVELEZ

**Single Wire Transactions**

| App | Beneficiary Name | Beneficiary Account # | ABA | Debit Account # | Amount | Value Date | Reference | Status | Wire # | Created By | Modified By |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NEF | John Percival | Redacted | 321081669 | Redacted | $26,263.00 | 01/04/2013 | | ENTERED | 220389 | FVELEZ | |
| | Total Amount in Single Wires: | | | $26,263.00 | | Total Count in Single Wires: | | | | | 1 |
| | Grand Total Amount: | | | $26,263.00 | | Grand Total Count: | | | | | 1 |

CONFIDENTIAL

GGC_MNSUB_00002

- SEARCH
- ENGLISH ▾
    - العربية
    - 简体
    - 繁體
    - DEUTSCH
    - ESPAÑOL
    - FRANÇAIS
    - ITALIANO
    - 日本語
    - 한국어
    - PORTUGUÊS
    - РУССКИЙ
    - SVENSKA

Rate Subscriptions
Register Sign in

- Forex Trading
- Currency Converter
- Rate Subscriptions
- Money Transfers

- Currency Converter
- Currency Tools
- Mobile

Help

# Currency Converter

Like  8.9k

print

Currency Converter     Historical Exchange Rates     Live Exchange Rates

## Currency I Have:

**Euro**                              **EUR**

AMOUNT:                    I have this much in exchange

20000

## Currency I Want:

**US Dollar**                         **USD**

AMOUNT:               I want to buy something at this price

26,263.0

INTERBANK +/-  0%     DATE:     Jan 4, 2013     HELP

TRY ALSO...
Mobile Currency Apps
Money Transfers
Exchange Rate Feeds

Rate Details     Traveler's Cheatsheet

## EUR/USD Details

EUR/USD for the 24-hour period ending Thursday, Jan 3, 2013 22:00 UTC ± +/- 0%

Selling 20,000.0 EUR       you get 26,263.0 USD
Buying 20,000.0 EUR        you pay 26,265.6 USD

### Rate Details

EUR/USD for the 24-hour period ending
**Thursday, Jan 3, 2013 22:00 UTC**



|       | **Bid** Sell 1 EUR | **Ask** Buy 1 EUR |
|-------|------------|------------|
| MIN   | 1.30479    | 1.30492    |
| AVG   | 1.31315    | 1.31328    |
| MAX   | 1.31908    | 1.31916    |

These values represent the daily average of the
Bid and Ask rates OANDA receives from many
data sources.

### Recent Trends

EUR/USD average daily bid prices



http://www.oanda.com/currency/converter/

1/4/2013

INVOICE

GOLDEN GATE CAPITAL
One Embarcadero Center, 33rd Floor
San Francisco, CA

For monthly consulting services rendered by John K. Percival on behalf of Golden Gate
Capital commencing January 1, 2013, please remit the monthly sum of EURO 20,000.

Please wire funds, once converted to U.S. dollars to:

PHC Merchant Group LLC
c/o SUNTRUST BANK
routing number: 061000104
account number: Redacted

26,263.

First Republic Bank

Customer Name: GOLDEN GATE CAPITAL

| | |
|---|---|
| Report Date: | 01/04/2013 |
| Report Time: | 11:16:09 AM |

Wire Detail Report

User: SBREEDLOVE

### Single Wire Transactions

| | |
|---|---|
| Application: | Non Repetitive Fed |
| Value Date: | 01/04/2013 |
| Created By: | FVELEZ |
| Modified By: | SBREEDLOVE |
| Currency: | USD |
| Wire # : | 220389 |
| Line ID: | |
| Status: | RELEASED |
| Host Ref. No.: | |
| Payment Network Ref. No.: | |
| Result Text: | |
| Amount: | $26,263.00 |
| ABA: | 321081669 |
| Debit Account #: | **Redacted** |
| Receiving Bank ID: | 061000104 |
| Receiving Bank Name: | SUNTRUST BANK |
| Receiving Bank Address: | ATLANTA GA |
| Beneficiary Bank ID: | |
| Beneficiary Bank Name: | |
| Beneficiary Bank Address: | |
| Beneficiary Account #: | **Redacted** |
| Beneficiary Name: | John Percival |
| Beneficiary Address: | |
| Reference for Beneficiary: | |
| OBI: | Percival January Retainer |
| | PHC Merchant Group LLC |
| BBI: | |
| Requesting Party Account#: | |
| Requesting Party Name: | |
| Requesting Party Address: | |
| Total Amount Single Wire: | $26,263.00 |
| Total Count Single Wire: | 1 |

CONFIDENTIAL

GGC_MNSUB_00005

GGC✓

# FIRST REPUBLIC BANK

**Outgoing Wire Transfer Request Form**

## Originator Information

Title on Account    Golden Gate Private Equity, Inc.    Account Number    Redacted

Type of Wire (Choose only one type)

☐ US $ Wire – US Amount    27,132.80

Amount in Words    Twenty Seven Thousand One Hundred Thirty Two Dollars and Eighty Cents

☐ Foreign Currency wire – Name of Currency _____    Foreign Currency Amount _____

Amount in Words _____

☐ Foreign Currency wire (in US $ equivalent)

Name of Currency _____

Amount in Words _____

## Beneficiary & Bank Information

Beneficiary Name (mandatory)    John Percival

Beneficiary Address (mandatory) _____

Beneficiary Account Number (mandatory)    Redacted

IBAN Account Number (required for European Union) _____

Bank Name (mandatory)    SunTrust Bank

Bank Address (mandatory) _____

Bank Transit (ABA/Routing/CHIPS # – For USD wire transfers)    061 000 104

Bank Code (Swift, Sort Code, BLZ, etc. – For Int'l. wire transfers) _____

Intermediary Bank (if applicable) _____

Further Credit To _____

Special Instructions    Percival February Retainer – PHC Merchant Group LLC

## Client Authorization

By signing below, I (we) acknowledge and agree that my (our) funds transfer requests shall be processed in accordance with and subject to the terms and conditions set forth in the agreements(s) covering funds transfer service(s), which were previously received and executed by me (us). I (we) acknowledge that failure to provide mandatory information needed may result in payment delays and direct loss to me (us).

| | | | |
|---|---|---|---|
| _Sue Breedlove_ | Sue Breedlove – Chief Financial Officer | 2/1/2013 | |
| Authorized Signature | Print Name & Title | Date | Phone |

| | | | |
|---|---|---|---|
| | | | |
| Authorized Signature | Print Name & Title | Date | Phone |

CONFIDENTIAL

GGC_MNSUB_00006

- SEARCH
- ENGLISH ▾
  - العربية
  - 简体
  - 繁體
  - DEUTSCH
  - ESPAÑOL
  - FRANÇAIS
  - ITALIANO
  - 日本語
  - 한국어
  - PORTUGUÊS
  - РУССКИЙ
  - SVENSKA

Rate Subscriptions
Register Sign in

- Forex Trading
- Currency Converter
- Rate Subscriptions
- Money Transfers

- Currency Converter
- Currency Tools
- Mobile

Help

# Currency Converter

Like 9.5k

Currency Converter    Historical Exchange Rates    Live Exchange Rates    print

See live currency rates   EUR/USD ▲   78' 79'

## Currency I Have:

| Euro | EUR |
|---|---|
| AMOUNT: | I have this much to exchange |
| 20,000 | |

## Currency I Want:

| US Dollar | USD |
|---|---|
| AMOUNT: | I want to buy something at this price |
| 27,132.8 | |

Open a free, no-risk forex demo account.  >

TRY ALSO...

Mobile Currency Apps

Money Transfers

Exchange Rate Feeds

INTERBANK +/- 0%    DATE:    Feb 1, 2013    HELP

Rate Details    Traveler's Cheatsheet

## EUR/USD Details

EUR/USD for the 24-hour period ending **Thursday, Jan 31, 2013 22:00 UTC** @ +/- 0%

Selling 20,000.0 **EUR**    you get 27,132.8 USD
Buying 20,000.0 **EUR**    you pay 27,135.4 USD

### Rate Details

EUR/USD for the 24-hour period ending
**Thursday, Jan 31, 2013 22:00 UTC**

| | **Bid** Sell 1 EUR | **Ask** Buy 1 EUR |
|---|---|---|
| MIN | 1.35406 | 1.35418 |
| AVG | 1.35664 | 1.35677 |
| MAX | 1.35937 | 1.35951 |

These values represent the daily average of the Bid and Ask rates OANDA receives from many data sources.

### Recent Trends

EUR/USD average daily bid prices



http://www.oanda.com/currency/converter/

2/1/2013

CONFIDENTIAL

GGC_MNSUB_00007

INVOICE

GOLDEN GATE CAPITAL
One Embarcadero Center, 33rd Floor
San Francisco, CA

For monthly consulting services rendered by John K. Percival on behalf of Golden Gate
Capital commencing February 1, 2013, please remit the monthly sum of EURO 20,000.

Please wire funds, once converted to U.S. dollars to:

PHC Merchant Group LLC
c/o SUNTRUST BANK
routing number: 061000104
account number: **Redacted**

First Republic Bank

Report Date: 02/04/2013

Customer Name: GOLDEN GATE CAPITAL

Report Time: 10:15:37 AM

Wire Detail Report

User: SBREEDLOVE

## Single Wire Transactions

| | |
|---|---|
| Application: | Non Repetitive Fed |
| Value Date: | 02/04/2013 |
| Created By: | FVELEZ |
| Modified By: | SBREEDLOVE |
| Currency: | USD |
| Wire # : | 237119 |
| Line ID: | |
| Status: | ACKNOWLEDGED |
| Host Ref. No.: | 130204101437H600 |
| Payment Network Ref. No.: | |
| Result Text: | |
| Amount: | $27,132.80 |
| ABA: | 321081669 |
| Debit Account #: | **Redacted** |
| Receiving Bank ID: | 061000104 |
| Receiving Bank Name: | SUNTRUST BANK |
| Receiving Bank Address: | ATLANTA GA |
| Beneficiary Bank ID: | |
| Beneficiary Bank Name: | |
| Beneficiary Bank Address: | |
| Beneficiary Account #: | **Redacted** |
| Beneficiary Name: | John Percival |
| Beneficiary Address: | |
| Reference for Beneficiary: | |
| OBI: | Percival February Retainer |
| | PHC Merchant Group LLC |

BBI:

| | |
|---|---|
| Requesting Party Account#: | |
| Requesting Party Name: | |
| Requesting Party Address: | |

| | |
|---|---|
| Total Amount Single Wire: | $27,132.80 |
| Total Count Single Wire: | 1 |

https://www.frcorporateonline.com/wcmpr/rptgenviewform.jsp?SSURT=DAA55A04BA1B...   2/4/2013

# FIRST REPUBLIC BANK

## Outgoing Wire Transfer Request Form

## Originator Information

Title on Account  Golden Gate Private Equity, Inc.          Account Number  **Redacted**

Type of Wire (Choose only one type)

☐ US $ Wire – US Amount  27,573.80

    Amount in Words  Twenty Seven Thousand Five Hundred Seventy Three Dollars and Eighty Cents

☐ Foreign Currency wire – Name of Currency _____  Foreign Currency Amount _____

    Amount in Words _____

☐ Foreign Currency wire (in US $ equivalent)

    Name of Currency _____

    Amount in Words _____

## Beneficiary & Bank Information

Beneficiary Name (mandatory)  John Percival

Beneficiary Address (mandatory) _____

Beneficiary Account Number (mandatory)  **Redacted**

IBAN Account Number (required for European Union) _____

Bank Name (mandatory)  SunTrust Bank

Bank Address (mandatory) _____

Bank Transit (ABA/Routing/CHIPS # – For USD wire transfers)  061 000 104

Bank Code (Swift, Sort Code, BLZ, etc. – For Int'l. wire transfers) _____

Intermediary Bank (if applicable) _____

Further Credit To _____

Special Instructions  Percival January Retainer – PHC Merchant Group LLC

## Client Authorization

By signing below, I (we) acknowledge and agree that my (our) funds transfer requests shall be processed in accordance with and subject to the terms and conditions set forth in the agreements(s) covering funds transfer service(s), which were previously received and executed by me (us).  I (we) acknowledge that failure to provide mandatory information needed may result in payment delays and direct loss to me (us).

| Sue Breedlove *(signature)* | Sue Breedlove – Chief Financial Officer | 1/2/2014 | |
|---|---|---|---|
| Authorized Signature | Print Name & Title | Date | Phone |

| | | | |
|---|---|---|---|
| Authorized Signature | Print Name & Title | Date | Phone |

CONFIDENTIAL

| First Republic Bank | Report Date: | 01/02/2014 |
|---|---|---|
| Customer Name: GOLDEN GATE CAPITAL | Report Time: | 08:37:01 AM |

Wire Detail Report

User: FIONAV

**Single Wire Transactions**

| | |
|---|---|
| Application: | Non Repetitive Fed |
| Value Date: | 01/02/2014 |
| Created By: | FIONAV |
| Modified By: | |
| Currency: | USD |
| Wire # : | 434315 |
| Line ID: | |
| Status: | ENTERED |
| Host Ref. No.: | |
| Payment Network Ref. No.: | |
| Result Text: | |
| Amount: | $27,573.80 |
| ABA: | 321081669 |
| Debit Account #: | Redacted |
| Receiving Bank ID: | 061000104 |
| Receiving Bank Name: | SUNTRUST BANK |
| Receiving Bank Address: | ATLANTA GA |
| Beneficiary Bank ID: | |
| Beneficiary Bank Name: | |
| Beneficiary Bank Address: | |
| Beneficiary Account #: | Redacted |
| Beneficiary Name: | John Percival |
| Beneficiary Address: | |
| Reference for Beneficiary: | |
| OBI: | PHC Merchant Group LLC |
| | Percival January Retainer |
| | |
| BBI: | |
| | |
| Requesting Party Account#: | |
| Requesting Party Name: | |
| Requesting Party Address: | |
| | |
| Total Amount Single Wire: | $27,573.80 |
| Total Count Single Wire: | 1 |
| | |
| Grand Total Amount: | $27,573.80 |

CONFIDENTIAL

GGC_MNSUB_00175

INVOICE

GOLDEN GATE CAPITAL
One Embarcadero Center, 33rd Floor
San Francisco, CA

For monthly consulting services rendered by John K. Percival on behalf of Golden Gate
Capital commencing January 1, 2014, please remit the monthly sum of EURO 20,000.

Please wire funds, once converted to U.S. dollars to:

PHC Merchant Group LLC
c/o SUNTRUST BANK
routing number: 061000104
account number:　Redacted

 OANDA

# Currency Converter

EUR/USD for the 24-hour period ending **Wednesday, Jan 1, 2014** 22:00 UTC @ +/- 0%

Currency I Have:

**20,000** EUR

Currency I Want:

**27,573.8** USD

## EUR/USD Details

EUR/USD for the 24-hour period ending **Wednesday, Jan 1, 2014** 22:00 UTC @ +/- 0%

Selling 20,000.0 **EUR** → you get 27,573.8 **USD**
Buying 20,000.0 **EUR** → you pay 27,577.8 **USD**

### Rate Details

EUR/USD for the 24-hour period ending
**Wednesday, Jan 1, 2014** 22:00 UTC

|  | Bid | Ask |
| --- | --- | --- |
|  | Sell 1 EUR | Buy 1 EUR |
| MIN | 1.37869 | 1.37889 |
| AVG | **1.37869** | 1.37889 |
| MAX | 1.37869 | 1.37889 |

### Recent Trends

EUR/USD average daily bid prices
Last 90 days



## Take trusted OANDA Rates™ with you on your travels

| EUR/USD | | | | | OANDA |
| --- | --- | --- | --- | --- | --- |
| Interbank Rate +/- 0% Jan 2, 2014 | | | | | |
| EUR | USD | EUR | USD | EUR | USD |
| 1 › | 1.38 | 15 › | 20.68 | 45 › | 62.04 |
| 2 › | 2.76 | 20 › | 27.57 | 50 › | 68.93 |
| 3 › | 4.14 | 25 › | 34.47 | 100 › | 137.87 |
| 4 › | 5.51 | 30 › | 41.36 | 250 › | 344.67 |
| 5 › | 6.89 | 35 › | 48.25 | 500 › | 689.35 |
| 10 › | 13.79 | 40 › | 55.15 | 1,000 › | 1,378.69 |

| USD/EUR | | | | | OANDA |
| --- | --- | --- | --- | --- | --- |
| Interbank Rate +/- 0% Jan 2, 2014 | | | | | |
| USD | EUR | USD | EUR | USD | EUR |
| 1 › | 0.73 | 15 › | 10.88 | 45 › | 32.63 |
| 2 › | 1.45 | 20 › | 14.50 | 50 › | 36.26 |
| 3 › | 2.18 | 25 › | 18.13 | 100 › | 72.52 |
| 4 › | 2.90 | 30 › | 21.76 | 250 › | 181.31 |
| 5 › | 3.63 | 35 › | 25.38 | 500 › | 362.61 |
| 10 › | 7.25 | 40 › | 29.01 | 1,000 › | 725.22 |

CONFIDENTIAL

GGC_MNSUB_00177

First Republic Bank                           Report Date:        01/02/2014
Customer Name: GOLDEN GATE CAPITAL            Report Time:        10:52:59 AM

Wire Detail Report

User: SBREEDLOVE

**Single Wire Transactions**

| | |
|---|---|
| Application: | Non Repetitive Fed |
| Value Date: | 01/02/2014 |
| Created By: | FIONAV |
| Modified By: | SBREEDLOVE |
| Currency: | USD |
| Wire # : | 434315 |
| Line ID: | |
| Status: | RELEASED |
| Host Ref. No.: | |
| Payment Network Ref. No.: | |
| Result Text: | |
| Amount: | $27,573.80 |
| ABA: | 321081669 |
| Debit Account #: | **Redacted** |
| Receiving Bank ID: | 061000104 |
| Receiving Bank Name: | SUNTRUST BANK |
| Receiving Bank Address: | ATLANTA GA |
| Beneficiary Bank ID: | |
| Beneficiary Bank Name: | |
| Beneficiary Bank Address: | |
| Beneficiary Account #: | **Redacted** |
| Beneficiary Name: | John Percival |
| Beneficiary Address: | |
| Reference for Beneficiary: | |
| OBI: | PHC Merchant Group LLC |
| | Percival January Retainer |

BBI:

| | |
|---|---|
| Requesting Party Account#: | |
| Requesting Party Name: | |
| Requesting Party Address: | |

| | |
|---|---|
| Total Amount Single Wire: | $27,573.80 |
| Total Count Single Wire: | 1 |

CONFIDENTIAL                                                                   GGC_MNSUB_00178

# FIRST REPUBLIC BANK

**Outgoing Wire Transfer Request Form**

## Originator Information

Title on Account  Golden Gate Private Equity, Inc.          Account Number  **Redacted**

Type of Wire (Choose only one type)

☐ US $ Wire – US Amount  26,962.40

   Amount in Words  Twenty Six Thousand Nine Hundred Sixty Two Dollars and Forty Cents

☐ Foreign Currency wire – Name of Currency _____  Foreign Currency Amount _____

   Amount in Words _____

☐ Foreign Currency wire (in US $ equivalent)

   Name of Currency _____

   Amount in Words _____

## Beneficiary & Bank Information

Beneficiary Name (mandatory)  John Percival

Beneficiary Address (mandatory) _____

Beneficiary Account Number (mandatory)  **Redacted**

IBAN Account Number (required for European Union) _____

Bank Name (mandatory)  SunTrust Bank

Bank Address (mandatory) _____

Bank Transit (ABA/Routing/CHIPS # – For USD wire transfers)  061 000 104

Bank Code (Swift, Sort Code, BLZ, etc. – For Int'l. wire transfers) _____

Intermediary Bank (if applicable) _____

Further Credit To _____

Special Instructions  Percival February Retainer – PHC Merchant Group LLC

## Client Authorization

By signing below, I (we) acknowledge and agree that my (our) funds transfer requests shall be processed in accordance with and subject to the terms and conditions set forth in the agreements(s) covering funds transfer service(s), which were previously received and executed by me (us).  I (we) acknowledge that failure to provide mandatory information needed may result in payment delays and direct loss to me (us).

| Sue Breedlove | Sue Breedlove – Chief Financial Officer | 2/3/2014 | |
| --- | --- | --- | --- |
| Authorized Signature | Print Name & Title | Date | Phone |

| | | | |
| --- | --- | --- | --- |
| Authorized Signature | Print Name & Title | Date | Phone |

First Republic Bank
Customer Name: GOLDEN GATE CAPITAL

Report Date: 02/03/2014
Report Time: 11:15:04 AM

Wire Detail Report ·

User: FIONAV

**Single Wire Transactions**

| | |
|---|---|
| Application: | Non Repetitive Fed |
| Value Date: | 02/03/2014 |
| Created By: | FIONAV |
| Modified By: | |
| Currency: | USD |
| Wire # : | 457704 |
| Line ID: | |
| Status: | ENTERED |
| Host Ref. No.: | |
| Payment Network Ref. No.: | |
| Result Text: | |
| Amount: | $26,962.40 |
| ABA: | 321081669 |
| Debit Account #: | Redacted |
| Receiving Bank ID: | 061000104 |
| Receiving Bank Name: | SUNTRUST BANK |
| Receiving Address: | ATLANTA GA |
| Beneficiary Bank ID: | |
| Beneficiary Bank Name: | |
| Beneficiary Bank Address: | |
| Beneficiary Account #: | Redacted |
| Beneficiary Name: | John Percival |
| Beneficiary Address: | |
| Reference for Beneficiary: | |
| OBI: | PHC Merchant Group LLC |
| | Percival February Retainer |
| | |
| BBI: | |
| | |
| Requesting Party Account#: | |
| Requesting Party Name | |
| Requesting Party Address: | |
| | |
| Total Amount Single Wire: | $26,962.40 |
| Total Count Single Wire: | 1 |
| | |
| Grand Total Amount: | $26,962.40 |

CONFIDENTIAL

GGC_MNSUB_00180

INVOICE

GOLDEN GATE CAPITAL
One Embarcadero Center, 33rd Floor
San Francisco, CA

For monthly consulting services rendered by John K. Percival on behalf of Golden Gate
Capital commencing February 1, 2014, please remit the monthly sum of EURO 20,000.

Please wire funds, once converted to U.S. dollars to:

PHC Merchant Group LLC
c/o SUNTRUST BANK
routing number: 061000104
account number:  Redacted

 OANDA

# Currency Converter

EUR/USD for the 24-hour period ending **Sunday, Feb 2, 2014** 22:00 UTC @ +/- 0%

Currency I Have:

**20,000** EUR

Currency I Want:

**26,962.4** USD

### EUR/USD Details

EUR/USD for the 24-hour period ending **Sunday, Feb 2, 2014** 22:00 UTC @ +/- 0%

Selling 20,000.0 **EUR**  →   you get 26,962.4 **USD**
Buying 20,000.0 **EUR**  →   you pay 26,979.2 **USD**



| Rate Details | | |
|---|---|---|
| EUR/USD for the 24-hour period ending **Sunday, Feb 2, 2014** 22:00 UTC | | |
| | **Bid** Sell 1 EUR | **Ask** Buy 1 EUR |
| MIN | 1.34812 | 1.34896 |
| AVG | **1.34812** | 1.34896 |
| MAX | 1.34812 | 1.34896 |



**Recent Trends**

EUR/USD average daily bid prices
Last 90 days

**Take trusted OANDA Rates™ with you on your travels**

| EUR | USD | EUR | USD | EUR | USD |
|---|---|---|---|---|---|
| | | | | | |

EUR/USD — OANDA
Interbank Rate +/- 0%
Feb 3, 2014

| EUR | | USD | EUR | | USD | EUR | | USD |
|---|---|---|---|---|---|---|---|---|
| 1 | › | 1.35 | 15 | › | 20.22 | 45 | › | 60.67 |
| 2 | › | 2.70 | 20 | › | 26.96 | 50 | › | 67.41 |
| 3 | › | 4.04 | 25 | › | 33.70 | 100 | › | 134.81 |
| 4 | › | 5.39 | 30 | › | 40.44 | 250 | › | 337.03 |
| 5 | › | 6.74 | 35 | › | 47.18 | 500 | › | 674.06 |
| 10 | › | 13.48 | 40 | › | 53.92 | 1,000 | › | 1,348.12 |

USD/EUR — OANDA
Interbank Rate +/- 0%
Feb 3, 2014

| USD | | EUR | USD | | EUR | USD | | EUR |
|---|---|---|---|---|---|---|---|---|
| 1 | › | 0.74 | 15 | › | 11.12 | 45 | › | 33.36 |
| 2 | › | 1.48 | 20 | › | 14.83 | 50 | › | 37.07 |
| 3 | › | 2.22 | 25 | › | 18.53 | 100 | › | 74.13 |
| 4 | › | 2.97 | 30 | › | 22.24 | 250 | › | 185.33 |
| 5 | › | 3.71 | 35 | › | 25.95 | 500 | › | 370.66 |
| 10 | › | 7.41 | 40 | › | 29.65 | 1,000 | › | 741.31 |

http://www.oanda.com/currency/converter/

2/3/2014

CONFIDENTIAL

GGC_MNSUB_00182

First Republic Bank
Customer Name: GOLDEN GATE CAPITAL

Report Date: 02/03/2014
Report Time: 11:44:31 AM

Wire Detail Report

User: SBREEDLOVE

Single Wire Transactions

| | |
|---|---|
| Application: | Non Repetitive Fed |
| Value Date: | 02/03/2014 |
| Created By: | FIONAV |
| Modified By: | SBREEDLOVE |
| Currency: | USD |
| Wire # : | 457704 |
| Line ID: | |
| Status: | RELEASED |
| Host Ref. No.: | |
| Payment Network Ref. No.: | |
| Result Text: | |
| Amount: | $26,962.40 |
| ABA: | 321081669 |
| Debit Account #: | Redacted |
| Receiving Bank ID: | 061000104 |
| Receiving Bank Name: | SUNTRUST BANK |
| Receiving Bank Address: | ATLANTA GA |
| Beneficiary Bank ID: | |
| Beneficiary Bank Name: | |
| Beneficiary Bank Address: | |
| Beneficiary Account #: | Redacted |
| Beneficiary Name: | John Percival |
| Beneficiary Address: | |
| Reference for Beneficiary: | |
| OBI: | PHC Merchant Group LLC |
| | Percival February Retainer |
| BBI: | |
| Requesting Party Account#: | |
| Requesting Party Name: | |
| Requesting Party Address: | |
| Total Amount Single Wire: | $26,962.40 |
| Total Count Single Wire: | 1 |

CONFIDENTIAL

GGC_MNSUB_00183

# FIRST REPUBLIC BANK

## Outgoing Wire Transfer Request Form

## Originator Information

Title on Account  Golden Gate Private Equity, Inc.          Account Number  **Redacted**

Type of Wire (Choose only one type)

☐ US $ Wire – US Amount  27,597.80

Amount in Words  Twenty Seven Thousand Five Hundred Ninety Seven Dollars and Eighty Cents

☐ Foreign Currency wire – Name of Currency _____  Foreign Currency Amount _____

Amount in Words _____

☐ Foreign Currency wire (in US $ equivalent)

Name of Currency _____

Amount in Words _____

## Beneficiary & Bank Information

Beneficiary Name (mandatory)  John Percival

Beneficiary Address (mandatory) _____

Beneficiary Account Number (mandatory)  **Redacted**

IBAN Account Number (required for European Union) _____

Bank Name (mandatory)  SunTrust Bank

Bank Address (mandatory) _____

Bank Transit (ABA/Routing/CHIPS # – For USD wire transfers)  061 000 104

Bank Code (Swift, Sort Code, BLZ, etc. – For Int'l. wire transfers) _____

Intermediary Bank (if applicable) _____

Further Credit To _____

Special Instructions  Percival ~~February~~ Retainer – PHC Merchant Group LLC
                       March

## Client Authorization

By signing below, I (we) acknowledge and agree that my (our) funds transfer requests shall be processed in accordance with and subject to the terms and conditions set forth in the agreements(s) covering funds transfer service(s), which were previously received and executed by me (us). I (we) acknowledge that failure to provide mandatory information needed may result in payment delays and direct loss to me (us).

| | | | | |
|---|---|---|---|---|
| _Sue Breedlove_ | Sue Breedlove – Chief Financial Officer | 3/3/2014 | | |
| Authorized Signature | Print Name & Title | Date | Phone | |

| | | | | |
|---|---|---|---|---|
| | | | | |
| Authorized Signature | Print Name & Title | Date | Phone | |

CONFIDENTIAL

| | |
|---|---|
| **First Republic Bank** | **Report Date:**          **03/03/2014** |
| **Customer Name: GOLDEN GATE CAPITAL** | **Report Time:**          **10:52:39 AM** |

**Wire Detail Report**

**User: FIONAV**

**Single Wire Transactions**

| | |
|---|---|
| Application: | Non Repetitive Fed |
| Value Date: | 03/03/2014 |
| Created By: | FIONAV |
| Modified By: | |
| Currency: | USD |
| Wire # : | 481229 |
| Line ID: | |
| Status: | ENTERED |
| Host Ref. No.: | |
| Payment Network Ref. No.: | |
| Result Text: | |
| Amount: | $27,597.80 |
| ABA: | 321081669 |
| Debit Account #: | Redacted |
| Receiving Bank ID: | 061000104 |
| Receiving Bank Name: | SUNTRUST BANK |
| Receiving Bank Address: | ATLANTA GA |
| Beneficiary Bank ID: | |
| Beneficiary Bank Name: | |
| Beneficiary Bank Address: | |
| Beneficiary Account #: | Redacted |
| Beneficiary Name: | John Percival |
| Beneficiary Address: | |
| Reference for Beneficiary: | |
| OBI: | PHC Merchant Group LLC |
| | Percival March Retainer |
| BBI: | |

| | |
|---|---|
| Requesting Party Account#: | |
| Requesting Party Name: | |
| Requesting Party Address: | |

| | |
|---|---|
| Total Amount Single Wire: | $27,597.80 |
| Total Count Single Wire: | 1 |

CONFIDENTIAL                                                  **GGC_MNSUB_00185**

**First Republic Bank**
**Customer Name: GOLDEN GATE CAPITAL**

Wire Detail Report

User: FIONAV

**Single Wire Transactions**

| | |
|---|---|
| Application: | Non Repetitive Fed |
| Value Date: | 01/02/2015 |
| Created By: | FIONAV |
| Modified By: | |
| Currency: | USD |
| Wire # : | 709009 |
| Line ID: | |
| Status: | ENTERED |
| Host Ref. No.: | |
| Payment Network Ref. No.: | |
| Result Text: | |
| Amount: | $24,200.40 |
| ABA: | 321081669 |
| Debit Account #: | Redacted |
| Receiving Bank ID: | 061000104 |
| Receiving Bank Name: | SUNTRUST BANK |
| Receiving Bank Address: | ATLANTA GA |
| Beneficiary Bank ID: | |
| Beneficiary Bank Name: | |
| Beneficiary Bank Address: | |
| Beneficiary Account #: | Redacted |
| Beneficiary Name: | John Percival |
| Beneficiary Address: | |
| Reference for Beneficiary: | |
| OBI: | PHC Merchant Group LLC |
| | Percival January Retainer |
| BBI: | |

| | |
|---|---|
| Requesting Party Account#: | |
| Requesting Party Name: | |
| Requesting Party Address: | |
| Total Amount Single Wire: | $24,200.40 |
| Total Count Single Wire: | 1 |
| Grand Total Amount: | $24,200.40 |
| Grand Total Count: | 1 |

CONFIDENTIAL

GGC_MNSUB_00238

# FIRST REPUBLIC BANK

**Outgoing Wire Transfer Request Form**

## Originator Information

Title on Account  Golden Gate Private Equity, Inc.    Account Number  **Redacted**

Type of Wire (Choose only one type)

☐ US $ Wire – US Amount  22,555.60

   Amount in Words  Twenty Two Thousand Five Hundred Fifty Five Dollars and Sixty Cents

☐ Foreign Currency wire – Name of Currency _____ Foreign Currency Amount _____

   Amount in Words _____

☐ Foreign Currency wire (in US $ equivalent)

   Name of Currency _____

   Amount in Words _____

## Beneficiary & Bank Information

Beneficiary Name (mandatory)  John Percival

Beneficiary Address (mandatory) _____

Beneficiary Account Number (mandatory)  **Redacted**

IBAN Account Number (required for European Union) _____

Bank Name (mandatory)  SunTrust Bank

Bank Address (mandatory) _____

Bank Transit (ABA/Routing/CHIPS # – For USD wire transfers)  061 000 104

Bank Code (Swift, Sort Code, BLZ, etc. – For Int'l. wire transfers) _____

Intermediary Bank (if applicable) _____

Further Credit To _____

Special Instructions  Percival February Retainer – PHC Merchant Group LLC

## Client Authorization

By signing below, I (we) acknowledge and agree that my (our) funds transfer requests shall be processed in accordance with and subject to the terms and conditions set forth in the agreements(s) covering funds transfer service(s), which were previously received and executed by me (us). **I (we) acknowledge that failure to provide mandatory information needed may result in payment delays and direct loss to me (us).**

_Sue Breedlove_
Authorized Signature          Sue Breedlove – Chief Financial Officer    2/2/2015
                              Print Name & Title                        Date          Phone

_____          _____          _____
Authorized Signature          Print Name & Title                        Date          Phone

First Republic Bank

Customer Name: GOLDEN GATE CAPITAL

Report Date: 02/02/2015

Report Time: 09:54:52 AM

Wire Detail Report

User: FIONAV

**Single Wire Transactions**

| | |
|---|---|
| Application: | Non Repetitive Fed |
| Value Date: | 02/02/2015 |
| Created By: | FIONAV |
| Modified By: | |
| Currency: | USD |
| Wire # : | 733604 |
| Line ID: | |
| Status: | ENTERED |
| Host Ref. No.: | |
| Payment Network Ref. No.: | |
| Result Text: | |
| Amount: | $22,555.60 |
| ABA: | 321081669 |
| Debit Account #: | Redacted |
| Receiving Bank ID: | 061000104 |
| Receiving Bank Name: | SUNTRUST BANK |
| Receiving Bank Address: | ATLANTA GA |
| Beneficiary Bank ID: | |
| Beneficiary Bank Name: | |
| Beneficiary Bank Address: | |
| Beneficiary Account #: | Redacted |
| Beneficiary Name: | John Percival |
| Beneficiary Address: | |
| Reference for Beneficiary: | |
| OBI: | Percival February Retainer |
| | PHC Merchant Group LLC |

BBI:

| | |
|---|---|
| Requesting Party Account#: | |
| Requesting Party Name: | |
| Requesting Party Address: | |
| Total Amount Single Wire: | $22,555.60 |
| Total Count Single Wire: | 1 |
| Grand Total Amount: | $22,555.60 |
| Grand Total Count: | 1 |

CONFIDENTIAL

GGC_MNSUB_00240

 OANDA

## Currency Converter
EUR/USD for the 24-hour period ending **Sunday, Feb 1, 2015** 22:00 UTC @ +/- 0%

Currency I Have:                    Currency I Want:
**20,000** EUR                      **22,555.6** USD

### EUR/USD Details
EUR/USD for the 24-hour period ending **Sunday, Feb 1, 2015** 22:00 UTC @ +/- 0%

Selling 20,000.0 **EUR**  →  you get 22,555.6 **USD**
Buying 20,000.0 **EUR**  →  you pay 22,585.6 **USD**

#### Rate Details
EUR/USD for the 24-hour period ending
**Sunday, Feb 1, 2015** 22:00 UTC

#### Recent Trends
EUR/USD average daily bid prices
Last 90 days

|       | **Bid** Sell 1 EUR | **Ask** Buy 1 EUR |
|-------|--------------------|-------------------|
| MIN   | 1.12778            | 1.12928           |
| AVG   | **1.12778**        | 1.12928           |
| MAX   | 1.12778            | 1.12928           |



### Take trusted OANDA Rates™ with you on your travels

fold

| EUR/USD Interbank Rate +/- 0% Feb 2, 2015 | | | | | | USD/EUR Interbank Rate +/- 0% Feb 2, 2015 | | | | | |
|------|--------|-----|--------|-------|----------|------|--------|-----|--------|-------|--------|
| EUR | USD | EUR | USD | EUR | USD | USD | EUR | USD | EUR | USD | EUR |
| 1 › 1.13 | | 15 › 16.92 | | 45 › 50.75 | | 1 › 0.89 | | 15 › 13.28 | | 45 › 39.85 | |
| 2 › 2.26 | | 20 › 22.56 | | 50 › 56.39 | | 2 › 1.77 | | 20 › 17.71 | | 50 › 44.28 | |
| 3 › 3.38 | | 25 › 28.19 | | 100 › 112.78 | | 3 › 2.66 | | 25 › 22.14 | | 100 › 88.55 | |
| 4 › 4.51 | | 30 › 33.83 | | 250 › 281.95 | | 4 › 3.54 | | 30 › 26.57 | | 250 › 221.38 | |
| 5 › 5.64 | | 35 › 39.47 | | 500 › 563.89 | | 5 › 4.43 | | 35 › 30.99 | | 500 › 442.76 | |
| 10 › 11.28 | | 40 › 45.11 | | 1,000 › 1,127.78 | | 10 › 8.86 | | 40 › 35.42 | | 1,000 › 885.52 | |

fold

http://www.oanda.com/currency/converter/                    2/2/2015

CONFIDENTIAL                    GGC_MNSUB_00241

INVOICE

GOLDEN GATE CAPITAL
One Embarcadero Center, 33rd Floor
San Francisco, CA

For monthly consulting services rendered by John K. Percival on behalf of Golden Gate
Capital commencing February 1, 2015, please remit the monthly sum of EURO 20,000.

Please wire funds, once converted to U.S. dollars to:

PHC Merchant Group LLC
c/o SUNTRUST BANK
routing number: 061000104
account number: Redacted

First Republic Bank

Customer Name: GOLDEN GATE CAPITAL

Wire Detail Report

User: SBREEDLOVE

## Single Wire Transactions

| | |
|---|---|
| Application: | Non Repetitive Fed |
| Value Date: | 02/02/2015 |
| Created By: | FIONAV |
| Modified By: | SBREEDLOVE |
| Currency: | USD |
| Wire # : | 733604 |
| Line ID: | |
| Status: | RELEASED |
| Host Ref. No.: | |
| Payment Network Ref. No.: | |
| Result Text: | |
| Amount: | $22,555.60 |
| ABA: | 321081669 |
| Debit Account #: | **Redacted** |
| Receiving Bank ID: | 061000104 |
| Receiving Bank Name: | SUNTRUST BANK |
| Receiving Bank Address: | ATLANTA GA |
| Beneficiary Bank ID: | |
| Beneficiary Bank Name: | |
| Beneficiary Bank Address: | |
| Beneficiary Account #: | **Redacted** |
| Beneficiary Name: | John Percival |
| Beneficiary Address: | |
| Reference for Beneficiary: | |
| OBI: | Percival February Retainer |
| | PHC Merchant Group LLC |
| BBI: | |
| Requesting Party Account#: | |
| Requesting Party Name: | |
| Requesting Party Address: | |
| Total Amount Single Wire: | $22,555.60 |
| Total Count Single Wire: | 1 |

CONFIDENTIAL

GGC_MNSUB_00243

# FIRST REPUBLIC BANK

## Outgoing Wire Transfer Request Form

## Originator Information

Title on Account  Golden Gate Private Equity, Inc.                    Account Number  **Redacted**

Type of Wire (Choose only one type)

☐ US $ Wire – US Amount  22,627.80

Amount in Words  Twenty Two Thousand Six Hundred Twenty Seven Dollars and Eighty Cents

☐ Foreign Currency wire – Name of Currency _____ Foreign Currency Amount _____

Amount in Words _____

☐ Foreign Currency wire (in US $ equivalent)

Name of Currency _____

Amount in Words _____

## Beneficiary & Bank Information

Beneficiary Name (mandatory)  John Percival

Beneficiary Address (mandatory) _____

Beneficiary Account Number (mandatory)  **Redacted**

IBAN Account Number (required for European Union) _____

Bank Name (mandatory)  SunTrust Bank

Bank Address (mandatory) _____

Bank Transit (ABA/Routing/CHIPS # – For USD wire transfers)  061 000 104

Bank Code (Swift, Sort Code, BLZ, etc. – For Int'l. wire transfers) _____

Intermediary Bank (if applicable) _____

Further Credit To _____

Special Instructions  Percival March Retainer – PHC Merchant Group LLC

## Client Authorization

By signing below, I (we) acknowledge and agree that my (our) funds transfer requests shall be processed in accordance with and subject to the terms and conditions set forth in the agreements(s) covering funds transfer service(s), which were previously received and executed by me (us).  I (we) acknowledge that failure to provide mandatory information needed may result in payment delays and direct loss to me (us).

| | | | |
|---|---|---|---|
| *Sue Breedlove* | Sue Breedlove – Chief Financial Officer | 2/27/2015 | |
| Authorized Signature | Print Name & Title | Date | Phone |

| | | | |
|---|---|---|---|
| Authorized Signature | Print Name & Title | Date | Phone |

First Republic Bank
Customer Name: GOLDEN GATE CAPITAL

Report Date: 02/27/2015
Report Time: 09:43:04 AM

## Wire Detail Report

User: FIONAV

**Single Wire Transactions**

| | |
|---|---|
| Application: | Non Repetitive Fed |
| Value Date: | 02/27/2015 |
| Created By: | FIONAV |
| Modified By: | |
| Currency: | USD |
| Wire # : | 756007 |
| Line ID: | |
| Status: | ENTERED |
| Host Ref. No.: | |
| Payment Network Ref. No.: | |
| Result Text: | |
| Amount: | $22,627.80 |
| ABA: | 321081669 |
| Debit Account #: | Redacted |
| Receiving Bank ID: | 061000104 |
| Receiving Bank Name: | SUNTRUST BANK |
| Receiving Bank Address: | ATLANTA GA |
| Beneficiary Bank ID: | |
| Beneficiary Bank Name: | |
| Beneficiary Bank Address: | |
| Beneficiary Account #: | Redacted |
| Beneficiary Name: | John Percival |
| Beneficiary Address: | |
| Reference for Beneficiary: | |
| OBI: | PHC Merchant Group LLC |
| | Percival March Retainer |
| BBI: | |
| Requesting Party Account#: | |
| Requesting Party Name: | |
| Requesting Party Address: | |
| Total Amount Single Wire: | $22,627.80 |
| Total Count Single Wire: | 1 |
| Grand Total Amount: | $22,627.80 |
| Grand Total Count: | 1 |

CONFIDENTIAL

GGC_MNSUB_00245

 OANDA

# Currency Converter

EUR/USD for the 24-hour period ending **Thursday, Feb 26, 2015** 22:00 UTC @ +/- 0%

Currency I Have:

**20,000** EUR

Currency I Want:

**22,627.8** USD

## EUR/USD Details

EUR/USD for the 24-hour period ending **Thursday, Feb 26, 2015** 22:00 UTC @ +/- 0%

Selling 20,000.0 **EUR** → you get 22,627.8 **USD**
Buying 20,000.0 **EUR** → you pay 22,630.8 **USD**

### Rate Details

EUR/USD for the 24-hour period ending
**Thursday, Feb 26, 2015** 22:00 UTC

|      | **Bid** Sell 1 EUR | **Ask** Buy 1 EUR |
|------|------------|------------|
| MIN  | 1.11826    | 1.11845    |
| AVG  | **1.13139**| 1.13154    |
| MAX  | 1.13790    | 1.13806    |

### Recent Trends

EUR/USD average daily bid prices
Last 90 days



**Take trusted OANDA Rates™ with you on your travels**

fold

| EUR/USD <br> Interbank Rate +/- 0% <br> Feb 27, 2015 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| EUR | USD | EUR | | USD | EUR | | | USD |
| 1 | › 1.13 | 15 | › | 16.97 | 45 | › | | 50.91 |
| 2 | 2.26 | 20 | › | 22.63 | 50 | | | 56.57 |
| 3 | 3.39 | 25 | › | 28.28 | 100 | › | | 113.14 |
| 4 | 4.53 | 30 | › | 33.94 | 250 | › | | 282.85 |
| 5 | 5.66 | 35 | › | 39.60 | 500 | › | | 565.70 |
| 10 | 11.31 | 40 | › | 45.26 | 1,000 | › | | 1,131.39 |

| USD/EUR <br> Interbank Rate +/- 0% <br> Feb 27, 2015 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| USD | | EUR | USD | | EUR | USD | | EUR |
| 1 | › | 0.88 | 15 | › | 13.26 | 45 | › | 39.77 |
| 2 | › | 1.77 | 20 | › | 17.68 | 50 | › | 44.19 |
| 3 | › | 2.65 | 25 | › | 22.09 | 100 | › | 88.38 |
| 4 | › | 3.54 | 30 | › | 26.51 | 250 | › | 220.94 |
| 5 | › | 4.42 | 35 | › | 30.93 | 500 | › | 441.88 |
| 10 | › | 8.84 | 40 | › | 35.35 | 1,000 | › | 883.75 |

fold

http://www.oanda.com/currency/converter/                    2/27/2015

CONFIDENTIAL                                                      GGC_MNSUB_00246

INVOICE

GOLDEN GATE CAPITAL
One Embarcadero Center, 33rd Floor
San Francisco, CA

For monthly consulting services rendered by John K. Percival on behalf of Golden Gate
Capital commencing March 1, 2015, please remit the monthly sum of EURO 20,000.

Please wire funds, once converted to U.S. dollars to:

PHC Merchant Group LLC
c/o SUNTRUST BANK
routing number: 061000104
account number: Redacted

GGC_MNSUB_00247

First Republic Bank
Customer Name: GOLDEN GATE CAPITAL

Report Date: 02/27/2015
Report Time: 11:08:41 AM

Wire Detail Report

User: SBREEDLOVE

Single Wire Transactions

| | |
|---|---|
| Application: | Non Repetitive Fed |
| Value Date: | 02/27/2015 |
| Created By: | FIONAV |
| Modified By: | SBREEDLOVE |
| Currency: | USD |
| Wire # : | 756007 |
| Line ID: | |
| Status: | RELEASED |
| Host Ref. No.: | |
| Payment Network Ref. No.: | |
| Result Text: | |
| Amount: | $22,627.80 |
| ABA: | 321081669 |
| Debit Account #: | Redacted |
| Receiving Bank ID: | 061000104 |
| Receiving Bank Name: | SUNTRUST BANK |
| Receiving Bank Address: | ATLANTA GA |
| Beneficiary Bank ID: | |
| Beneficiary Bank Name: | |
| Beneficiary Bank Address: | |
| Beneficiary Account #: | Redacted |
| Beneficiary Name: | John Percival |
| Beneficiary Address: | |
| Reference for Beneficiary: | |
| OBI: | PHC Merchant Group LLC |
| | Percival March Retainer |
| BBI: | |
| Requesting Party Account#: | |
| Requesting Party Name: | |
| Requesting Party Address: | |
| Total Amount Single Wire: | $22,627.80 |
| Total Count Single Wire: | 1 |

CONFIDENTIAL

GGC_MNSUB_00248

# FIRST REPUBLIC BANK

## Originator Information

Title on Account  Golden Gate Private Equity, Inc.           Account Number  **Redacted**

Type of Wire (Choose only one type)

☐ US $ Wire – US Amount  24,873.00
  Amount in Words  Twenty Four Thousand Eight Hundred Seventy Three Dollars

☐ Foreign Currency wire – Name of Currency _____  Foreign Currency Amount _____
  Amount in Words _____

☐ Foreign Currency wire (in US $ equivalent)
  Name of Currency _____
  Amount in Words _____

## Beneficiary & Bank Information

Beneficiary Name (mandatory)  John Percival

Beneficiary Address (mandatory) _____

Beneficiary Account Number (mandatory)  **Redacted**

IBAN Account Number (required for European Union) _____

Bank Name (mandatory)  SunTrust Bank

Bank Address (mandatory) _____

Bank Transit (ABA/Routing/CHIPS # – For USD wire transfers)  061 000 104

Bank Code (Swift, Sort Code, BLZ, etc. – For Int'l. wire transfers) _____

Intermediary Bank (if applicable) _____

Further Credit To _____

Special Instructions  Percival April Retainer – PHC Merchant Group LLC

## Client Authorization

By signing below, I (we) acknowledge and agree that my (our) funds transfer requests shall be processed in accordance with and subject to the terms and conditions set forth in the agreements(s) covering funds transfer service(s), which were previously received and executed by me (us). **I (we) acknowledge that failure to provide mandatory information needed may result in payment delays and direct loss to me (us).**

_Sue Breedlove_                     Sue Breedlove – Chief Financial Officer    4/14/2015
Authorized Signature                Print Name & Title                        Date          Phone

_____                   _____                         _____       _____
Authorized Signature                Print Name & Title                        Date          Phone

First Republic Bank
Customer Name: GOLDEN GATE CAPITAL

Report Date: 04/14/2015
Report Time: 09:59:03 AM

Wire Detail Report

User: FIONAV

**Single Wire Transactions**

| | |
|---|---|
| Application: | Non Repetitive Fed |
| Value Date: | 04/14/2015 |
| Created By: | FIONAV |
| Modified By: | |
| Currency: | USD |
| Wire # : | 798685 |
| Line ID: | |
| Status: | ENTERED |
| Host Ref. No.: | |
| Payment Network Ref. No.: | |
| Result Text: | |
| Amount: | $24,873.00 |
| ABA: | 321081669 |
| Debit Account #: | Redacted |
| Receiving Bank ID: | 061000104 |
| Receiving Bank Name: | SUNTRUST BANK |
| Receiving Bank Address: | ATLANTA GA |
| Beneficiary Bank ID: | |
| Beneficiary Bank Name: | |
| Beneficiary Bank Address: | |
| Beneficiary Account #: | Redacted |
| Beneficiary Name: | John Percival |
| Beneficiary Address: | |
| Reference for Beneficiary: | |
| OBI: | PHC Merchant Group LLC |
| | Percival April Retainer |
| BBI: | |
| Requesting Party Account#: | |
| Requesting Party Name: | |
| Requesting Party Address: | |
| Total Amount Single Wire: | $24,873.00 |
| Total Count Single Wire: | 1 |

CONFIDENTIAL

GGC_MNSUB_00250

| | | |
|---|---|---|
| First Republic Bank | Report Date: | 11/30/2015 |
| Customer Name: GOLDEN GATE CAPITAL | Report Time: | 11:20:43 AM |

Wire Detail Report

User: SBREEDLOVE

**Single Wire Transactions**

| | |
|---|---|
| Application: | Semi Repetitive Fed |
| Value Date: | 11/30/2015 |
| Created By: | FIONAV |
| Modified By: | SBREEDLOVE |
| Currency: | USD |
| Wire # : | 1047210 |
| Line ID: | 001 |
| Status: | ACKNOWLEDGED |
| Host Ref. No.: | 151130111958H700 |
| Payment Network Ref. No.: | |
| Result Text: | |
| Amount: | $25,552.90 |
| ABA: | 321081669 |
| Debit Account #: | Redacted |
| Debit Account Name: | GOLDEN GATE PRIVATE EQUITY INC |
| Receiving Bank ID: | 061000104 |
| Receiving Bank Name: | SUNTRUST BANK |
| Receiving Bank Address: | ATLANTA GA |
| Beneficiary Bank ID: | |
| Beneficiary Bank Name: | |
| Beneficiary Bank Address: | |
| Beneficiary Account #: | Redacted |
| Beneficiary Name: | John Percival |
| Beneficiary Address: | |
| Reference for Beneficiary: | December Retaine |
| OBI: | PHC Merchant Group LLC |
| | Percival Retainer |

BBI:

| | |
|---|---|
| Requesting Party Account#: | |
| Requesting Party Name: | |
| Requesting Party Address: | |

| | |
|---|---|
| Total Amount Single Wire: | $25,552.90 |
| Total Count Single Wire: | 1 |

https://www.frcorporateonline.com/wcmpr/rptgenviewform.jsp?SSURT=4CEE26403427...   11/30/2015

**Golden Gate Capital**
Wire Transfer or Internal Transfer Form

Date Needed: _____ 1/6/2016

*Banking information originated by the payee must be attached*

| | US DOLLARS TO BE WIRED | |
|---|---|---|
| USD Amount to be wired | $ | 24,976.70 |
| | FOREIGN CURRENCY TO BE WIRED | |
| Foreign Currency to be wired | _____ | |
| Currency to be wired | _____ | |
| Conversion amount to USD | _____ | |

| | Payor Information | | |
|---|---|---|---|
| Name on Account | Golden Gate Private Equity | Bank | |
| Account Number | Redacted | FRB | |

| | Payee Information | |
|---|---|---|
| Beneficiary Name | John Percival | |
| Beneficiary Account Number | Redacted | |
| IBAN Number | _____ | |
| Message to Beneficiary | Percival January Retainer | |
| Bank Name | SunTrust Bank | |
| ABA # (Domestic) | 061000104 | |
| SWIFT/BIC (International) | _____ | |
| Sort Code | _____ | |

**INTRA BANK TRANSFER INFORMATION**

*Supporting Transfer from Bank must be attached*

| Amount to be Transferred | _____ | Bank | _____ |
|---|---|---|---|
| Transfer FROM Bank Account | | Transfer TO Bank Account | |

| Name | Account Number | Name | Account Number |
|---|---|---|---|
| Reason for Transfer | _____ | | |

**Journal Entry Information**

| Transaction Type | Deal | Position | Dr/Cr | Allocation | JE Complete |
|---|---|---|---|---|---|
| From Account | | | | | |
| Professional Fees | | | | | |

*To Account*

*Notes:*

**Departmental Approval**

*Supporting documentation must be attached when submitting*

| | | Date | |
|---|---|---|---|
| Requested by: Sue Breedlove | | | 1/6/2016 |
| Prepared by: Fiona Velez | | Date | 1/6/2016 |
| Reviewed by: Edmund Hall    *Edmund Hall* | | Date | 1/6/2016 |
| Approved by: Sue Breedlove    *Sue Breedlove* | | Date | 1/6/2016 |
| Approved by: _____ | | Date | |

**First Republic Bank**
**Customer Name: GOLDEN GATE CAPITAL**

| | |
|---|---|
| Report Date: | 01/06/2016 |
| Report Time: | 11:58:55 AM |

Wire Detail Report

User: FIONAV

## Single Wire Transactions

| | |
|---|---|
| Application: | Semi Repetitive Fed |
| Value Date: | 01/06/2016 |
| Created By: | FIONAV |
| Approved By: | |
| Released By: | |
| Currency: | USD |
| Wire # : | 1098355 |
| Line ID: | 001 |
| Status: | ENTERED |
| Host Ref. No.: | |
| Payment Network Ref. No.: | |
| Result Text: | |
| Amount: | $24,976.70 |
| ABA: | 321081669 |
| Debit Account #: | **Redacted** |
| Debit Account Name: | GOLDEN GATE PRIVATE EQUITY INC |
| Receiving Bank ID: | 061000104 |
| Receiving Bank Name: | SUNTRUST BANK |
| Receiving Bank Address: | ATLANTA GA |
| Beneficiary Bank ID: | |
| Beneficiary Bank Name: | |
| Beneficiary Bank Address: | |
| Beneficiary Account #: | **Redacted** |
| Beneficiary Name: | John Percival |
| Beneficiary Address: | |
| Reference for Beneficiary: | January Retainer |
| OBI: | PHC Merchant Group LLC |
| | Percival Retainer |
| BBI: | |
| Requesting Party Account#: | |
| Requesting Party Name: | |
| Requesting Party Address: | |
| Total Amount Single Wire: | $24,976.70 |
| Total Count Single Wire: | 1 |
| Grand Total Amount: | $24,976.70 |
| Grand Total Count: | 1 |

CONFIDENTIAL                                        GGC_MNSUB_00295

 OANDA

# Currency Converter
GBP/USD for the 24-hour period ending Tuesday, Jan 5, 2016 22:00 UTC @ +/- 0%

Currency I Have:
**17,000** GBP

Currency I Want:
**24,976.7** USD

## GBP/USD Details
GBP/USD for the 24-hour period ending **Tuesday, Jan 5, 2016** 22:00 UTC @ +/- 0%

Selling 17,000.0 **GBP** → you get 24,976.7 **USD**
Buying 17,000.0 **GBP** → you pay 24,980.3 **USD**

### Rate Details
GBP/USD for the 24-hour period ending
**Tuesday, Jan 5, 2016 22:00 UTC**

### Recent Trends
GBP/USD average daily bid prices
Last 90 days

| | Bid | Ask |
| --- | --- | --- |
| | Sell 1 GBP | Buy 1 GBP |
| MIN | 1.46372 | 1.46389 |
| AVG | **1.46922** | 1.46943 |
| MAX | 1.47263 | 1.47283 |



### Take trusted OANDA Rates™ with you on your travels

**GBP/USD**    OANDA
Interbank Rate +/- 0%
Jan 6, 2016

| GBP | USD | GBP | USD | GBP | USD |
| --- | --- | --- | --- | --- | --- |
| 1 | 1.47 | 15 | 22.04 | 45 | 66.11 |
| 2 | 2.94 | 20 | 29.38 | 50 | 73.46 |
| 3 | 4.41 | 25 | 36.73 | 100 | 146.92 |
| 4 | 5.88 | 30 | 44.08 | 250 | 367.31 |
| 5 | 7.35 | 35 | 51.42 | 500 | 734.61 |
| 10 | 14.69 | 40 | 58.77 | 1,000 | 1,469.22 |

**USD/GBP**    OANDA
Interbank Rate +/- 0%
Jan 6, 2016

| USD | GBP | USD | GBP | USD | GBP |
| --- | --- | --- | --- | --- | --- |
| 1 | 0.68 | 15 | 10.21 | 45 | 30.62 |
| 2 | 1.36 | 20 | 13.61 | 50 | 34.03 |
| 3 | 2.04 | 25 | 17.01 | 100 | 68.05 |
| 4 | 2.72 | 30 | 20.42 | 250 | 170.13 |
| 5 | 3.40 | 35 | 23.82 | 500 | 340.27 |
| 10 | 6.81 | 40 | 27.22 | 1,000 | 680.54 |

CONFIDENTIAL GGC_MNSUB_00296

INVOICE

GOLDEN GATE CAPITAL
One Embarcadero Center, 33rd Floor
San Francisco, CA

For monthly consulting services rendered by John K. Percival on behalf of Golden Gate
Capital commencing January 1, 2016, please remit the monthly sum of £17,000.

Please wire funds, once converted to U.S. dollars to:

PHC Merchant Group LLC
c/o SUNTRUST BANK
routing number: 061000104
account number: **Redacted**

**Golden Gate Capital**
Wire Transfer or Internal Transfer Form

Date Needed: _____ 2/3/2016

*Banking information originated by the payee must be attached*

| | **US DOLLARS TO BE WIRED** | |
|---|---|---|
| USD Amount to be wired | $ | 24,516.17 |
| | **FOREIGN CURRENCY TO BE WIRED** | |
| Foreign Currency to be wired | | |
| Currency to be wired | | |
| Conversion amount to USD | | |

| | **Payor Information** | |
|---|---|---|
| Name on Account | Golden Gate Private Equity | Bank |
| Account Number | Redacted | FRB |

| | **Payee Information** |
|---|---|
| Beneficiary Name | John Percival |
| Beneficiary Account Number | Redacted |
| IBAN Number | |
| Message to Beneficiary | Percival January Retainer |
| | |
| Bank Name | SunTrust Bank |
| ABA # (Domestic) | 061000104 |
| SWIFT/BIC (International) | |
| Sort Code | |

**INTRA BANK TRANSFER INFORMATION**

*Supporting Transfer from Bank must be attached*

Amount to be Transferred _____     Bank _____

Transfer FROM Bank Account                      Transfer TO Bank Account

| Name | Account Number | Name | Account Number |
|---|---|---|---|

Reason for Transfer _____

**Journal Entry Information**

| Transaction Type | Deal | Position | Dr/Cr | Allocation | JE Complete |
|---|---|---|---|---|---|
| From Account | | | | | |
| Professional Fees | | | | | |

*To Account*

*Notes:*

**Departmental Approval**

*Supporting documentation must be attached when submitting*

| | | Date | |
|---|---|---|---|
| Requested by: | _____ | | 2/3/2016 |
| Prepared by: Fiona Velez | *F Vl* | Date | 2/3/2016 |
| Reviewed by: Edmund Hall | *Edmund Hall* | Date | 2/3/2016 |
| Approved by: Michele Shahroody | | Date | 2/3/2016 |
| Approved by: | _____ | Date | |

**First Republic Bank**
                   Report Date:        02/02/2016
**Customer Name: GOLDEN GATE CAPITAL**
      Report Time:      11:40:25 AM

Wire Detail Report

User: FIONAV

**Single Wire Transactions**

| | |
|---|---|
| Application: | Semi Repetitive Fed |
| Value Date: | 02/02/2016 |
| Created By: | FIONAV |
| Approved By: | |
| Released By: | |
| Currency: | USD |
| Wire # : | 1133413 |
| Line ID: | 001 |
| Status: | ENTERED |
| Host Ref. No.: | |
| Payment Network Ref. No.: | |
| Result Text: | |
| Amount: | $24,516.17 |
| ABA: | 321081669 |
| Debit Account #: | **Redacted** |
| Debit Account Name: | GOLDEN GATE PRIVATE EQUITY INC |
| Receiving Bank ID: | 061000104 |
| Receiving Bank Name: | SUNTRUST BANK |
| Receiving Bank Address: | ATLANTA GA |
| Beneficiary Bank ID: | |
| Beneficiary Bank Name: | |
| Beneficiary Bank Address: | |
| Beneficiary Account #: | **Redacted** |
| Beneficiary Name: | John Percival |
| Beneficiary Address: | |
| Reference for Beneficiary: | February Retaine |
| OBI: | PHC Merchant Group LLC |
| | Percival Retainer |

BBI:

| | |
|---|---|
| Requesting Party Account#: | |
| Requesting Party Name: | |
| Requesting Party Address: | |
| Total Amount Single Wire: | $24,516.17 |
| Total Count Single Wire: | 1 |
| Grand Total Amount: | $24,516.17 |
| Grand Total Count: | 1 |

CONFIDENTIAL
                                  GGC_MNSUB_00299



# XE Currency Converter

### 17,000.00 GBP  =  24,516.17 USD

British Pound  ↔  US Dollar

1 GBP = 1.44213 USD      1 USD = 0.693420 GBP

Mid-market rates: 2016-02-02 19:37 UTC

Free Transfers to 35+ Countries. **Click here!!**

# XE Market Analysis

North American Edition                                      2016-02-02 11:12 UTC

The yen has gained amid a re-emergent risk-off tone in global markets, which has been led by oil price declines. Brent crude is down by over 3% today, and by over 8% from Friday's peak, with the market lacking faith in producers to implement a supply cut. This, along with ongoing concerns about moderating economic activity in China, has weighed on most global stocks. Demand for yen drove USD-JPY below yesterday's low at 120.88 on route to a low at 120.33, ... Read More ►

### XE Money Transfers

It's easy, secure, and it works with your bank.

**Send an XE Money Transfer ►**

**Send a cheap money transfer ►**

Looking to send money abroad? Transferring money online is easy with XE. Our service works with your bank and it's free to sign up.

- ☑ Free online quotes
- ☑ Competitive exchange rates
- ☑ No-fee money transfer options
- ☑ Bid for your preferred rate

**Get a currency data API ►**

CONFIDENTIAL                                                        GGC_MNSUB_00300

INVOICE

GOLDEN GATE CAPITAL
One Embarcadero Center, 33rd Floor
San Francisco, CA

For monthly consulting services rendered by John K. Percival on behalf of Golden Gate
Capital commencing February 1, 2016, please remit the monthly sum of £17,000.

Please wire funds, once converted to U.S. dollars to:

PHC Merchant Group LLC
c/o SUNTRUST BANK
routing number: 061000104
account number: **Redacted**

# Wire Detail

Transaction List: Wire Detail

**Semi Repetitive Fed**

|  |  |
|---|---|
| Template ID: | 001 |
| Amount: | $24,516.17 |
| Currency: | USD |
| Value Date: | 02/03/2016 |
| Debit Account: | **Redacted** |

|  |  |
|---|---|
| Receiving Bank ID: | 061000104 |
| Receiving Bank Name: | SUNTRUST BANK |
| Receiving Bank Address: | |

ATLANTA GA

|  |  |
|---|---|
| Beneficiary Bank ID: | |
| Beneficiary Bank Name: | |
| Beneficiary Bank Address: | |

|  |  |
|---|---|
| Beneficiary Account: | **Redacted** |
| Beneficiary Name: | John Percival |
| Beneficiary Address: | |

|  |  |
|---|---|
| Reference for Beneficiary: | February Retaine |
| OBI: | PHC Merchant Group LLC |
| | Percival Retainer |

BBI:

Revision: 5.11

https://www.frcorporateonline.com/wcmpr/sefrdon.jsp?RID=1133413&doi=0.0&BATCHN...   2/3/2016

CONFIDENTIAL

**Golden Gate Capital**

Wire Transfer or Internal Transfer Form

Date Needed: _____3/3/2016_____

*Banking information originated by the poyee must be attached*

**US DOLLARS TO BE WIRED**

USD Amount to be wired          $          23,785.60

**FOREIGN CURRENCY TO BE WIRED**

Foreign Currency to be wired          _____
Currency to be wired                        _____
Conversion amount to USD             _____

**Payor Information**

Name on Account          Golden Gate Private Equity          Bank
Account Number               Redacted                                      FRB

**Payee Information**

Beneficiary Name                         John Percival
Beneficiary Account Number          Redacted
IBAN Number                                 _____
Message to Beneficiary               Percival March 2016 Retainer

Bank Name                                   SunTrust Bank
ABA # (Domestic)                        061000104
SWIFT/BIC (International)              _____
Sort Code                                     _____

**INTRA BANK TRANSFER INFORMATION**

*Supporting Transfer from Bank must be attached*

Amount to be Transferred          _____          Bank          _____

Transfer FROM Bank Account                                          Transfer TO Bank Account

Name                    Account Number                          Name                    Account Number

Reason for Transfer          _____

**Journal Entry Information**

| | Transaction Type | Deal | Position | Dr/Cr | Allocation | JE Complete |
|---|---|---|---|---|---|---|
| From Account | | | | | | |
| | Professional Fees | | | | | |

To Account

Notes:

**Departmental Approval**

*Supporting documentation must be attached when submitting*

Requested by: Michele Shahroody          Date          3/3/2016

Prepared by: Judy Owen                        Date          3/3/2016

Reviewed by: Fiona Velez                        Date          3/3/2016

Approved by: Michele Shahroody            Date          3/3/2016

Approved by: _____              Date          _____

CONFIDENTIAL

 **OANDA**

# Currency Converter

GBP/USD for the 24-hour period ending **Wednesday, Mar 2, 2016** 22:00 UTC @ +/- 0%

Currency I Have:
## 17,000 GBP

Currency I Want:
## 23,785.6 USD

## GBP/USD Details

GBP/USD for the 24-hour period ending **Wednesday, Mar 2, 2016** 22:00 UTC @ +/- 0%

Selling 17,000.0 **GBP** → you get 23,785.6 **USD**
Buying 17,000.0 **GBP** → you pay 23,789.6 **USD**

### Rate Details

GBP/USD for the 24-hour period ending
**Wednesday, Mar 2, 2016** 22:00 UTC

|  | **Bid**<br>Sell 1 GBP | **Ask**<br>Buy 1 GBP |
|---|---|---|
| MIN | 1.39132 | 1.39155 |
| AVG | **1.39915** | 1.39939 |
| MAX | 1.40923 | 1.40947 |

### Recent Trends

GBP/USD average daily bid prices
Last 90 days



**Take trusted OANDA Rates™ with you on your travels**

| GBP/USD | | | | | | USD/GBP | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **GBP** | **USD** | **GBP** | **USD** | **GBP** | **USD** | **USD** | **GBP** | **USD** | **GBP** | **USD** | **GBP** |
| 1 | 1.40 | 15 | 20.99 | 45 | 62.96 | 1 | 0.71 | 15 | 10.72 | 45 | 32.16 |
| 2 | 2.80 | 20 | 27.98 | 50 | 69.96 | 2 | 1.43 | 20 | 14.29 | 50 | 35.73 |
| 3 | 4.20 | 25 | 34.98 | 100 | 139.92 | 3 | 2.14 | 25 | 17.86 | 100 | 71.46 |
| 4 | 5.60 | 30 | 41.97 | 250 | 349.79 | 4 | 2.86 | 30 | 21.44 | 250 | 178.65 |
| 5 | 7.00 | 35 | 48.97 | 500 | 699.58 | 5 | 3.57 | 35 | 25.01 | 500 | 357.30 |
| 10 | 13.99 | 40 | 55.97 | 1,000 | 1,399.15 | 10 | 7.15 | 40 | 28.58 | 1,000 | 714.60 |

GBP/USD  Interbank Rate +/- 0%  Mar 3, 2016
USD/GBP  Interbank Rate +/- 0%  Mar 3, 2016

http://www.oanda.com/currency/converter/

3/3/2016

CONFIDENTIAL

INVOICE

GOLDEN GATE CAPITAL
One Embarcadero Center, 33rd Floor
San Francisco, CA

For monthly consulting services rendered by John K. Percival on behalf of Golden Gate
Capital commencing March 1, 2016, please remit the monthly sum of £17,000.

Please wire funds, once converted to U.S. dollars to:

PHC Merchant Group LLC
c/o SUNTRUST BANK
routing number: 061000104
account number: **Redacted**

First Republic Bank
Customer Name: GOLDEN GATE CAPITAL

| Report Date: | 03/03/2016 |
| Report Time: | 03:15:47 PM |

Wire Detail Report

User: JOWEN

Single Wire Transactions

| Application: | Non Repetitive Fed |
| Value Date: | 03/04/2016 |
| Created By: | JOWEN |
| Approved By: | |
| Released By: | |
| Currency: | USD |
| Wire # : | 1166911 |
| Line ID: | |
| Status: | ENTERED |
| Host Ref. No.: | |
| Payment Network Ref. No.: | |
| Result Text: | |
| Amount: | $23,785.60 |
| ABA: | 321081669 |
| Debit Account #: | **Redacted** |
| Debit Account Name: | GOLDEN GATE PRIVATE EQUITY INC |
| Receiving Bank ID: | 061000104 |
| Receiving Bank Name: | SUNTRUST BANK |
| Receiving Bank Address: | ATLANTA GA |
| Beneficiary Bank ID: | |
| Beneficiary Bank Name: | |
| Beneficiary Bank Address: | |
| Beneficiary Account #: | **Redacted** |
| Beneficiary Name: | John Percival |
| Beneficiary Address: | |
| Reference for Beneficiary: | March Retainer |
| OBI: | PHC Merchant Group LLC |
| | Percival March Retainer |

BBI:

| Requesting Party Account#: | |
| Requesting Party Name: | |
| Requesting Party Address: | |

| Total Amount Single Wire: | $23,785.60 |
| Total Count Single Wire: | 1 |

CONFIDENTIAL

GGC_MNSUB_00306

| | |
|---|---|
| Grand Total Amount: | $23,785.60 |
| Grand Total Count: | 1 |

CONFIDENTIAL

GGC_MNSUB_00307

First Republic Bank                                    Report Date:          03/09/2016
Customer Name: GOLDEN GATE CAPITAL                      Report Time:          01:35:18 PM

Wire Detail Report

User: MCSHAHROODY

**Single Wire Transactions**

| | |
|---|---|
| Application: | Non Repetitive Fed |
| Value Date: | 03/09/2016 |
| Created By: | JOWEN |
| Approved By: | MCSHAHROODY |
| Released By: | MCSHAHROODY |
| Currency: | USD |
| Wire # : | 1166911 |
| Line ID: | |
| Status: | RELEASED |
| Host Ref. No.: | |
| Payment Network Ref. No.: | |
| Result Text: | |
| Amount: | $23,785.60 |
| ABA: | 321081669 |
| Debit Account #: | **Redacted** |
| Debit Account Name: | GOLDEN GATE PRIVATE EQUITY INC |
| Receiving Bank ID: | 061000104 |
| Receiving Bank Name: | SUNTRUST BANK |
| Receiving Bank Address: | ATLANTA GA |
| Beneficiary Bank ID: | |
| Beneficiary Bank Name: | |
| Beneficiary Bank Address: | |
| Beneficiary Account #: | **Redacted** |
| Beneficiary Name: | John Percival |
| Beneficiary Address: | |
| Reference for Beneficiary: | March Retainer |
| OBI: | PHC Merchant Group LLC |
| | Percival March Retainer |

BBI:

| | |
|---|---|
| Requesting Party Account#: | |
| Requesting Party Name: | |
| Requesting Party Address: | |
| Total Amount Single Wire: | $23,785.60 |
| Total Count Single Wire: | 1 |

CONFIDENTIAL                                                              GGC_MNSUB_00308