## Golden Gate Capital
## Wire Transfer or Internal Transfer Form

Date Needed: _____ **11/1/2016**

*Banking information originated by the payee must be attached*

| | **US DOLLARS TO BE WIRED** | |
|---|---|---|
| USD Amount to be wired | $ | 20,720.40 |
| | **FOREIGN CURRENCY TO BE WIRED** | |
| Foreign Currency to be wired | _____ | |
| Currency to be wired | _____ | |
| Conversion amount to USD | _____ | |

**Payor Information**

| | | |
|---|---|---|
| Name on Account | Golden Gate Private Equity | Bank |
| Account Number | **Redacted** | FRB |

**Payee Information**

| | |
|---|---|
| Beneficiary Name | John Percival |
| Beneficiary Account Number | **Redacted** |
| IBAN Number | |
| Message to Beneficiary | Percival October Retainer |
| Bank Name | SunTrust Bank |
| ABA # (Domestic) | 061000104 |
| SWIFT/BIC (International) | |
| Sort Code | |

**INTRA BANK TRANSFER INFORMATION**

*Supporting Transfer from Bank must be attached*

| | | |
|---|---|---|
| Amount to be Transferred | _____ | Bank _____ |
| Transfer FROM Bank Account | | Transfer TO Bank Account |
| Name | Account Number | Name | Account Number |

Reason for Transfer _____

**Journal Entry Information**

| | Transaction Type | Deal | Position | Dr/Cr | Allocation | JE Complete |
|---|---|---|---|---|---|---|
| From Account | Professional Fees | | | | | |

To Account

Notes:

**Departmental Approval**

*Supporting documentation must be attached when submitting*

| | | Date | |
|---|---|---|---|
| Requested by: | Fiona Velez | | 11/1/2016 |
| Prepared by: | Judy Owen | Date | 11/1/2016 |
| Reviewed by: | Fiona Velez | Date | 11/1/2016 |
| Approved by: | Michele Shahroody | Date | 11/1/2016 |
| Approved by: | | Date | |

CONFIDENTIAL

INVOICE

GOLDEN GATE CAPITAL
One Embarcadero Center, 33rd Floor
San Francisco, CA

For monthly consulting services rendered by John K. Percival on behalf of Golden Gate
Capital for the month ending on October 31, 2016, please remit the monthly sum of
£17,000.

Please wire funds, once converted to U.S. dollars to:

PHC Merchant Group LLC
c/o SUNTRUST BANK
routing number: 061000104
account number: **Redacted**

**First Republic Bank**                                **Report Date:**      **11/02/2016**

**Customer Name: GOLDEN GATE CAPITAL**            **Report Time:**      **07:39:15 AM**

**Wire Detail Report**

**User: MCSHAHROODY**

**Single Wire Transactions**

| | |
|---|---|
| Application: | Non Repetitive Fed |
| Wire #: | 1488893 |
| Wire Status: | ACKNOWLEDGED |
| Created By: | JOWEN |
| Approved By: | MCSHAHROODY |
| Released By: | MCSHAHROODY |
| Value Date: | 11/02/2016 |
| Host Ref. No.: | 161102073228H700 |
| ABA: | 321081669 |
| Debit Account #: | Redacted |
| Debit Account Name: | GOLDEN GATE PRIVATE EQUITY INC |
| Currency: | USD |
| Amount: | $20,720.40 |
| Receiving Bank ID Type: | ABA |
| Receiving Bank ID: | 061000104 |
| Receiving Bank Name: | SUNTRUST BANK |
| Receiving Bank Address: | ATLANTA GA |
| Beneficiary Account #: | Redacted |
| Beneficiary Name: | John Percival |
| Beneficiary Address: | |
| Reference for Beneficiary: | |
| OBI: | Percival October Retainer |

| | |
|---|---|
| Total Amount Single Wire: | $20,720.40 |
| Total Count Single Wire: | 1 |
| Grand Total Amount: | $20,720.40 |
| Grand Total Count: | 1 |

CONFIDENTIAL                                          **GGC_MNSUB_00353**

**Golden Gate Capital**
Wire Transfer or Internal Transfer Form

Date Needed: _____ **12/1/2016**

*Banking information originated by the payee must be attached*

| | US DOLLARS TO BE WIRED | |
|---|---|---|
| USD Amount to be wired | $ 21,212.90 | |
| | FOREIGN CURRENCY TO BE WIRED | |
| Foreign Currency to be wired | | |
| Currency to be wired | | |
| Conversion amount to USD | | |

| | Payor Information | |
|---|---|---|
| Name on Account | Golden Gate Private Equity | Bank |
| Account Number | Redacted | FRB |

| | Payee Information | |
|---|---|---|
| Beneficiary Name | John Percival | |
| Beneficiary Account Number | Redacted | |
| IBAN Number | | |
| Message to Beneficiary | Percival November Retainer | |
| Bank Name | SunTrust Bank | |
| ABA # (Domestic) | 061000104 | |
| SWIFT/BIC (International) | | |
| Sort Code | | |

**INTRA BANK TRANSFER INFORMATION**

*Supporting Transfer from Bank must be attached*

| Amount to be Transferred | | Bank | |
|---|---|---|---|
| Transfer FROM Bank Account | | Transfer TO Bank Account | |
| Name | Account Number | Name | Account Number |
| Reason for Transfer | | | |

**Journal Entry Information**

| | Transaction Type | Deal | Position | Dr/Cr | Allocation | JE Complete |
|---|---|---|---|---|---|---|
| From Account | Professional Fees | | | | | |

To Account

Notes:

**Departmental Approval**

*Supporting documentation must be attached when submitting*

| | | Date |
|---|---|---|
| Requested by: Fiona Velez | | 12/1/2016 |
| Prepared by: Judy Owen | | 12/1/2016 |
| Reviewed by: Fiona Velez | | 12/1/2016 |
| Approved by: Michele Shahroody | | 12/1/2016 |
| Approved by: | | |

GGC_MNSUB_00354

INVOICE

GOLDEN GATE CAPITAL
One Embarcadero Center, 33rd Floor
San Francisco, CA

For monthly consulting services rendered by John K. Percival on behalf of Golden Gate Capital for the month ending on November 30, 2016, please remit the monthly sum of £17,000.

Please wire funds, once converted to U.S. dollars to:

PHC Merchant Group LLC
c/o SUNTRUST BANK
routing number: 061000104
account number: **Redacted**

| First Republic Bank | | Report Date: | 12/01/2016 |
| Customer Name: GOLDEN GATE CAPITAL | | Report Time: | 08:57:12 AM |

## Wire Detail Report

**User: JOWEN**

### Single Wire Transactions

| | |
|---|---|
| Application: | Non Repetitive Fed |
| Wire #: | 1526887 |
| Wire Status: | ENTERED |
| Created By: | JOWEN |
| Approved By: | |
| Released By: | |
| Value Date: | 12/01/2016 |
| ABA: | 321081669 |
| Debit Account #: | Redacted |
| Debit Account Name: | GOLDEN GATE PRIVATE EQUITY INC |
| Currency: | USD |
| Amount: | $21,212.90 |
| Receiving Bank ID Type: | ABA |
| Receiving Bank ID: | 061000104 |
| Receiving Bank Name: | SUNTRUST BANK |
| Receiving Bank Address: | ATLANTA GA |
| Beneficiary Account #: | Redacted |
| Beneficiary Name: | John Percival |
| Beneficiary Address: | |
| Reference for Beneficiary: | |
| OBI: | Percival November Retainer |

| | |
|---|---|
| Total Amount Single Wire: | $21,212.90 |
| Total Count Single Wire: | 1 |
| | |
| Grand Total Amount: | $21,212.90 |
| Grand Total Count: | 1 |

**First Republic Bank**                                    **Report Date:**        **12/01/2016**
**Customer Name: GOLDEN GATE CAPITAL**                     **Report Time:**        **12:13:19 PM**

Wire Detail Report

**User: MCSHAHROODY**

**Single Wire Transactions**

| | |
|---|---|
| Application: | Non Repetitive Fed |
| Wire #: | 1526887 |
| Wire Status: | PROCESSED |
| Created By: | JOWEN |
| Approved By: | MCSHAHROODY |
| Released By: | MCSHAHROODY |
| Value Date: | 12/01/2016 |
| Host Ref. No.: | 161201120152H701 |
| Payment Network Ref. No.: | 20161201L1B78H1C002375 |
| ABA: | 321081669 |
| Debit Account #: | **Redacted** |
| Debit Account Name: | GOLDEN GATE PRIVATE EQUITY INC |
| Currency: | USD |
| Amount: | $21,212.90 |
| Receiving Bank ID Type: | ABA |
| Receiving Bank ID: | 061000104 |
| Receiving Bank Name: | SUNTRUST BANK |
| Receiving Bank Address: | ATLANTA GA |
| Beneficiary Account #: | **Redacted** |
| Beneficiary Name: | John Percival |
| Beneficiary Address: | |
| Reference for Beneficiary: | |
| OBI: | Percival November Retainer |

| | |
|---|---|
| Total Amount Single Wire: | $21,212.90 |
| Total Count Single Wire: | 1 |
| | |
| Grand Total Amount: | $21,212.90 |
| Grand Total Count: | 1 |

https://www.frcorporateonline.com/wcmpr/rptgenview.jsp?SSURT=2DBF6A755C1326B1188FB0983EE8669822BE73CB56E4EA8FCF9CA01E5589A1D5         1/1

**Golden Gate Capital**
Wire Transfer or Internal Transfer Form

Date Needed: _____ 1/4/2017

*Banking information originated by the payee must be attached*

|  | **US DOLLARS TO BE WIRED** |
|---|---|
| USD Amount to be wired | $ 20,972.90 |
|  | **FOREIGN CURRENCY TO BE WIRED** |
| Foreign Currency to be wired | _____ |
| Currency to be wired | _____ |
| Conversion amount to USD | _____ |

**Payor Information**

| Name on Account | Golden Gate Private Equity | Bank |
|---|---|---|
| Account Number | Redacted | FRB |

**Payee Information**

| Beneficiary Name | John Percival |
|---|---|
| Beneficiary Account Number | Redacted |
| IBAN Number | |
| Message to Beneficiary | Percival December Retainer |
| Bank Name | SunTrust Bank |
| ABA # (Domestic) | 061000104 |
| SWIFT/BIC (International) | |
| Sort Code | |

**INTRA BANK TRANSFER INFORMATION**

*Supporting Transfer from Bank must be attached*

| Amount to be Transferred | _____ | Bank | _____ |
|---|---|---|---|

Transfer FROM Bank Account                    Transfer TO Bank Account

| Name | Account Number | Name | Account Number |
|---|---|---|---|

Reason for Transfer _____

**Journal Entry Information**

| | Transaction Type | Deal | Position | Dr/Cr | Allocation | JE Complete |
|---|---|---|---|---|---|---|
| From Account | Professional Fees | | | | | |

To Account

Notes:

**Departmental Approval**

*Supporting documentation must be attached when submitting*

| | | Date |
|---|---|---|
| Requested by: Fiona Velez | | 1/4/2017 |
| Prepared by: Judy Owen | | 1/4/2017 |
| Reviewed by: Fiona Velez | | 1/4/2017 |
| Approved by: Michele Shahroody | | 1/4/2017 |
| Approved by: | | |

CONFIDENTIAL

INVOICE

GOLDEN GATE CAPITAL
One Embarcadero Center, 33rd Floor
San Francisco, CA

For monthly consulting services rendered by John K. Percival on behalf of Golden Gate Capital for the month ending on December 31, 2016, please remit the monthly sum of £17,000.

Please wire funds, once converted to U.S. dollars to:

PHC Merchant Group LLC
c/o SUNTRUST BANK
routing number: 061000104
account number: **Redacted**

**First Republic Bank**
Customer Name: GOLDEN GATE CAPITAL

Report Date: 01/03/2017
Report Time: 10:36:34 AM

Wire Detail Report

User: **JOWEN**

**Single Wire Transactions**

| | |
|---|---|
| Application: | Non Repetitive Fed |
| Wire #: | 1578489 |
| Wire Status: | ENTERED |
| Created By: | JOWEN |
| Approved By: | |
| Released By: | |
| Value Date: | 01/04/2017 |
| ABA: | 321081669 |
| Debit Account #: | **Redacted** |
| Debit Account Name: | GOLDEN GATE PRIVATE EQUITY INC |
| Currency: | USD |
| Amount: | $20,972.90 |
| Receiving Bank ID Type: | ABA |
| Receiving Bank ID: | 061000104 |
| Receiving Bank Name: | SUNTRUST BANK |
| Receiving Bank Address: | ATLANTA GA |
| Beneficiary Account #: | **Redacted** |
| Beneficiary Name: | John Percival |
| Beneficiary Address: | |
| Reference for Beneficiary: | |
| OBI: | Percival December Retainer |

| | |
|---|---|
| Total Amount Single Wire: | $20,972.90 |
| Total Count Single Wire: | 1 |
| Grand Total Amount: | $20,972.90 |
| Grand Total Count: | 1 |

CONFIDENTIAL

GGC_MNSUB_00362

**First Republic Bank**
**Customer Name: GOLDEN GATE CAPITAL**

| | |
|---|---|
| Report Date: | 01/09/2017 |
| Report Time: | 09:30:46 AM |

Wire Detail Report

**User: MCSHAHROODY**

### Single Wire Transactions .

| | |
|---|---|
| Application: | Non Repetitive Fed |
| Wire #: | 1578489 |
| Wire Status: | PROCESSED |
| Created By: | JOWEN |
| Approved By: | MCSHAHROODY |
| Released By: | MCSHAHROODY |
| Value Date: | 01/09/2017 |
| Host Ref. No.: | 170109092842H700 |
| Payment Network Ref. No.: | 20170109L1B78H1C000685 |
| ABA: | 321081669 |
| Debit Account #: | Redacted |
| Debit Account Name: | GOLDEN GATE PRIVATE EQUITY INC |
| Currency: | USD |
| Amount: | $20,972.90 |
| Receiving Bank ID Type: | ABA |
| Receiving Bank ID: | 061000104 |
| Receiving Bank Name: | SUNTRUST BANK |
| Receiving Bank Address: | ATLANTA GA |
| Beneficiary Account #: | Redacted |
| Beneficiary Name: | John Percival |
| Beneficiary Address: | |
| Reference for Beneficiary: | |
| OBI: | Percival December Retainer |

| | |
|---|---|
| Total Amount Single Wire: | $20,972.90 |
| Total Count Single Wire: | 1 |
| Grand Total Amount: | $20,972.90 |
| Grand Total Count: | 1 |

**CONFIDENTIAL**                              **GGC_MNSUB_00363**